# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| NORTHEASTERN UNIVERSITY and § <br> JARG CORPORATION § <br> § <br> VS. § <br> § <br> GOOGLE, INC. § | Case No. 2:07-CV-486 TJW <br><br><br><br> JURY TRIAL DEMANDED |

## PLAINTIFF NORTHEASTERN UNIVERSITY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Plaintiff Northeastern University certifies the following:

Plaintiff Northeastern University does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

Date: November 8, 2007

Respectfully submittted,

/s/ William Dawson (by permission Otis Carroll)
William B. Dawson (State Bar No. 05606300)
VINSON & ELKINS L.L.P.
3700 Trammell Crow Center
3001 Ross Avenue
Dallas, Texas 75201-2975
Tel: (214) 220-7926
Fax: (214) 999-7926

David B. Weaver (State Bar No. 00798576)
Michael A. Valek (State Bar No. 24044028)
R. Floyd Walker (State Bar No. 240447510)
VINSON & ELKINS L.L.P.
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, Texas 78746-7568
Tel: (512) 531-3476
Fax: (512) 236-3476

OF COUNSEL:
Otis Carroll (State Bar No. 03895700)
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
Email: Fedserv@icklaw.com

Franklin Jones, Jr. (State Bar No. 00000055)
JONES & NONES, INC., P.C.
201 West Houston Street, Drawer 1249
Marshall, Texas 75671-1249
Tel: (903) 938-4395                                                         ATTORNEYS FOR PLAINTIFF
Fax: (903) 938-3360                                                         NORTHEASTERN UNIVERSITY


### CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 8th day of November, 2007.


/s/ Otis Carroll