IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NORTHEASTERN UNIVERSITY and JARG CORPORATION § § § Plaintiffs, § § Case No. 2:07-CV-486-TJW v. § § GOOGLE, INC. § § Defendant. § | |

### NOTICE OF APPEARANCE OF
### DAVID WEAVER

Plaintiffs Northeastern University and Jarg Corporation file this Notice of Appearance, and hereby notify the Court that David Weaver, of the law firm Vinson & Elkins LLP, 2801 Via Fortuna, Suite 100, Austin, Texas 78746, dweaver@velaw.com, is appearing as counsel for Plaintiffs in the above-referenced matter. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: November 19, 2007                Respectfully submitted,

/s/ David Weaver
William B. Dawson (Tx Bar No. 05603600)
VINSON & ELKINS L.L.P.
3700 Trammel Crow Center
3001 Ross Avenue
Dallas, Texas 75201-2975
Tel: (214) 220-7926
Fax: (214) 999-7926

- 2-

        David B. Weaver (TX Bar No. 00798576)
        Michael Valek (TX Bar No.24044028)
        R. Floyd Walker (TX Bar No. 24044751)
        VINSON & ELKINS L.L.P.
        2801 Via Fortuna, Suite 100
        Austin, Texas 78746
        Tel: (512) 542-8400
        Fax: (512) 236-3338
        E-mail: dweaver@velaw.com
              mvalek@velaw.com
              fwalker@velaw.com

OF COUNSEL:
Otis W Carroll, Jr.
Ireland Carroll & Kelley
6101 S Broadway, Suite 500
Tyler, TX 75703
Tel:  903-561-1600
Fax: 903-581-1071
Email: Fedserv@icklaw.com

Franklin Jones, Jr.
Jones & Jones, Inc. P.C.
201 W Houston St., PO Drawer 1249
Marshall, TX 75671-1249
Tel:  903-938-4395
Fax: 903-938-3360
Email: maizieh@millerfirm.com

        ATTORNEYS FOR PLAINTIFFS
        NORTHEASTERN UNIVERSITY AND
        JARG CORPORATION

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).   Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 19th day of November, 2007.


                                            */s/* David Weaver