IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NORTHEASTERN UNIVERSITY and JARG CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, INC.<br><br>Defendant. | §<br>§<br>§<br>§<br>§  Case No. 2:07-CV-486-TJW<br>§<br>§<br>§<br>§<br>§ |

## NOTICE OF APPEARANCE OF
## R. FLOYD WALKER

Plaintiffs Northeastern University and Jarg Corporation file this Notice of Appearance, and hereby notify the Court that R. Floyd Walker, of the law firm Vinson & Elkins LLP, 2801 Via Fortuna, Suite 100, Austin, Texas 78746, fwalker@velaw.com, is appearing as counsel for Plaintiffs in the above-referenced matter.  All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated:  November 19, 2007

Respectfully submitted,

/s/ R. Floyd Walker
William B. Dawson (Tx Bar No. 05603600)
VINSON & ELKINS L.L.P.
3700 Trammel Crow Center
3001 Ross Avenue
Dallas, Texas 75201-2975
Tel: (214) 220-7926
Fax: (214) 999-7926

                                                David B. Weaver (TX Bar No. 00798576)
Michael Valek (TX Bar No.24044028)
R. Floyd Walker (TX Bar No. 24044751)
VINSON & ELKINS L.L.P.
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Tel: (512) 542-8400
Fax: (512) 236-3338
E-mail: dweaver@velaw.com
        mvalek@velaw.com
        fwalker@velaw.com

OF COUNSEL:
Otis W Carroll, Jr.
IRELAND CARROLL & KELLEY
6101 S Broadway, Suite 500
Tyler, TX 75703
Tel:  903-561-1600
Fax: 903-581-1071
Email: Fedserv@icklaw.com


Franklin Jones, Jr.
Jones & Jones, Inc. P.C.
201 W Houston St., PO Drawer 1249
Marshall, TX 75671-1249
Tel:  903-938-4395
Fax: 903-938-3360
Email: maizieh@millerfirm.com

                                                ATTORNEYS FOR PLAINTIFFS
NORTHEASTERN UNIVERSITY AND
JARG CORPORATION

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).   Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 19th day of November, 2007.

                                                                             */s/* R. Floyd Walker