IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NORTHEASTERN UNIVERSITY and JARG CORPORATION § § § | |
| Plaintiffs, § § | Case No. 2:07-CV-486-TJW |
| v. § § | |
| GOOGLE, INC. § § | |
| Defendant. § | |

## NOTICE OF APPEARANCE OF WILLIAM B. DAWSON

Plaintiffs Northeastern University and Jarg Corporation file this Notice of Appearance, and hereby notify the Court that William B. Dawson, of the law firm Vinson & Elkins LLP, 2801 Via Fortuna, Suite 100, Austin, Texas 78746, bdawson@velaw.com, is appearing as counsel for Plaintiffs in the above-referenced matter. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated:  November 19, 2007              Respectfully submitted,

                                        /s/ William B. Dawson
                                        William B. Dawson (Tx Bar No. 05603600)
                                        VINSON & ELKINS L.L.P.
                                        3700 Trammel Crow Center
                                        3001 Ross Avenue
                                        Dallas, Texas 75201-2975
                                        Tel: (214) 220-7926
                                        Fax: (214) 999-7926

- 2-

        David B. Weaver (TX Bar No. 00798576)
        Michael Valek (TX Bar No.24044028)
        R. Floyd Walker (TX Bar No. 24044751)
        VINSON & ELKINS L.L.P.
        2801 Via Fortuna, Suite 100
        Austin, Texas 78746
        Tel: (512) 542-8400
        Fax: (512) 236-3338
        E-mail: dweaver@velaw.com
              mvalek@velaw.com
              fwalker@velaw.com

OF COUNSEL:
Otis W Carroll, Jr.
Ireland Carroll & Kelley
6101 S Broadway, Suite 500
Tyler, TX 75703
Tel:  903-561-1600
Fax: 903-581-1071
Email: Fedserv@icklaw.com

Franklin Jones, Jr.
Jones & Jones, Inc. P.C.
201 W Houston St., PO Drawer 1249
Marshall, TX 75671-1249
Tel:  903-938-4395
Fax: 903-938-3360
Email: maizieh@millerfirm.com

        ATTORNEYS FOR PLAINTIFFS
        NORTHEASTERN UNIVERSITY AND
        JARG CORPORATION

- 3-

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 19th day of November, 2007.

                                            */s/* William B. Dawson