# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **NORTHEASTERN UNIVERSITY and** | § | |
| **JARG CORPORATION** | § | |
| | § | **Case No. 2:07-CV-486 TJW** |
| **VS.** | § | |
| | § | |
| **GOOGLE, INC.** | § | **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Otis Carroll, enters his appearance in this matter for Plaintiffs, Northeastern University and Jarg Corporation, for purposes of receiving notices and orders from the Court.

Dated this 21st day of November, 2007.

          Respectfully submitted,

          /s/ Otis Carroll
          Otis Carroll
          State Bar No. 03895700
          IRELAND, CARROLL & KELLEY, P.C.
          6101 S. Broadway, Suite 500
          Tyler, Texas 75703
          Tel: (903) 561-1600
          Fax; (903) 581-1071
          Email: Fedserv@icklaw.com

          ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of November, 2007, a true and correct copy of the foregoing document was sent to all counsel of record via the Court's electronic filing system.

          /s/ Otis Carroll