# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **NORTHEASTERN UNIVERSITY and JARG CORPORATION** | § § |
| | §   **Case No. 2:07-CV-486 TJW** |
| **VS.** | § |
| | § |
| **GOOGLE, INC.** | §   **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Collin Maloney, enters his appearance in this matter for Plaintiffs, Northeastern University and Jarg Corporation, for purposes of receiving notices and orders from the Court.

Dated this 21st day of November, 2007.

Respectfully submitted,

/s/ Collin Maloney
Collin Maloney
State Bar No. 00794219
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: (903) 561-1600
Fax; (903) 581-1071
Email: Fedserv@icklaw.com

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of November, 2007, a true and correct copy of the foregoing document was sent to all counsel of record via the Court's electronic filing system.

/s/ Collin Maloney