IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRIC OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NORTHEASTERN UNIVERSITY and<br>JARG CORPORATION | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 2:07-cv-486[TJW] |
| | § | |
| GOOGLE, INC. | § | JURY TRIAL DEMANDED |

**ORDER GRANTING DEFENDANT GOOGLE INC.'S UNOPPOSED MOTION FOR
EXTENSION OF TIME IN WHICH TO ANSWER, MOVE, OR OTHERWISE
RESPOND TO PLAINTIFFS' COMPLAINT**

Defendant GOOGLE INC., without waiving any defenses or any matters that might be presented pursuant to FEDERAL RULE OF CIVIL PROCEDURE 12(b) or any other rule or law, filed its unopposed motion to extend its time to answer, move or otherwise respond to Plaintiffs' Complaint until and through January 11, 2008. Such motion is GRANTED.

It is therefore ORDERED that Defendant GOOGLE INC. has until and through January 11, 2008 to answer, move, or otherwise respond to Plaintiffs' Complaint.

SIGNED this 26th day of November, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE