IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NORTHEASTERN UNIVERSITY and JARG CORPORATION<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, INC.<br><br>Defendant. | §<br>§<br>§<br>§<br>§  Case No. 2:07-CV-486-TJW<br>§<br>§<br>§<br>§<br>§ |

## NOTICE OF APPEARANCE OF STEPHEN C. STOUT

Plaintiffs Northeastern University and Jarg Corporation file this Notice of Appearance, and hereby notify the Court that Stephen C. Stout, of the law firm Vinson & Elkins LLP, 2801 Via Fortuna, Suite 100, Austin, Texas 78746, sstout@velaw.com, is appearing as counsel for Plaintiffs in the above-referenced matter. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: December 18, 2007                Respectfully submitted,

/s/ Stephen C. Stout
William B. Dawson (Tx Bar No. 05603600)
VINSON & ELKINS L.L.P.
3700 Trammel Crow Center
3001 Ross Avenue
Dallas, Texas 75201-2975
Tel: (214) 220-7926
Fax: (214) 999-7926

        David B. Weaver (TX Bar No. 00798576)
        Michael Valek (TX Bar No.24044028)
        R. Floyd Walker (TX Bar No. 24044751)
        Stephen C. Stout (TX Bar No. 24060672)
        VINSON & ELKINS L.L.P.
        2801 Via Fortuna, Suite 100
        Austin, Texas 78746
        Tel: (512) 542-8400
        Fax: (512) 236-3338
        E-mail: dweaver@velaw.com
                mvalek@velaw.com
                fwalker@velaw.com
                sstout@velaw.com

OF COUNSEL:
Otis W Carroll, Jr.
IRELAND CARROLL & KELLEY
6101 S Broadway, Suite 500
Tyler, TX 75703
Tel:  903-561-1600
Fax: 903-581-1071
Email: Fedserv@icklaw.com

Franklin Jones, Jr.
Jones & Jones, Inc. P.C.
201 W Houston St., PO Drawer 1249
Marshall, TX 75671-1249
Tel:  903-938-4395
Fax: 903-938-3360
Email: maizieh@millerfirm.com

        ATTORNEYS FOR PLAINTIFFS
        NORTHEASTERN UNIVERSITY AND
        JARG CORPORATION

- 3-

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).   Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 18th day of December, 2007.


                                               */s/* Stephen C. Stout