Appendix K                                                                 Revised: 1/24/07

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION
# APPLICATION TO APPEAR PRO HAC VICE

FILED CLERK
U.S. DISTRICT COURT
2007 DEC 26 PM 4:09
TEXAS EASTERN

1. This application is being made for the following Case No. 2:07-cv-00486 TJW   BY_____

Style: Northeastern University, et al. v. Google, Inc.

2. Applicant is representing the following party/ies: Google, Inc.

3. Applicant was admitted to practice in California (state) on December 22, 1992 (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/(has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/(has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:

California Supreme Court, December 22, 1992; Federal Circuit Court of Appeals, August 2, 1994; United States District Court, Northern District of California, March 2, 1995; United States District Court, Eastern District of California, March 29, 1999; United States District Court, Central District of California, June 5, 1995.

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that (he)/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Howard G. Pollack do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 12/20/07                                Signature _____

**Appendix K**                                                      Revised: 1/24/07

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) __HOWARD G. POLLACK__
State Bar Number __162897__
Firm Name: __FISH & RICHARDSON P.C.__
Address/P.O. Box: __500 Arguello Street, Suite 500__
City/State/Zip: __Redwood City, California 94063__
Telephone #: __(650) 839-5070__
Fax #: __(650) 839-5071__
E-mail Address: __pollack@fr.com__
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on _____

*/s/ David Maland*

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

# Receipt for Payment

## United States District Court
for the
Eastern District of Texas at Tyler

Date: **Wednesday, December 26, 2007**

Received from:

**Potter Minton**
**PO Box 359**
**Tyler. TX  75710**

| Account | Description |
|---------|-------------|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---------|--------|
| 6855XX  | $50.00 |
| **Total** | **$50.00** |

Payment method: **Check**
Case or other reference: **2:07CV486**
Comments: **PHV (2) CK 067189 for Shelly Mack and Howard Pollack Case No 2:07CV00486**

Received by: **rw**