**Appendix K**               Revised: 1/24/07

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

FILED CLERK
U.S. DISTRICT COURT
2007 DEC 26  PM 4:09
TEXAS EASTERN

1. This application is being made for the following Case No. <u>2:07-cv-00486 TJW</u>

   Style: <u>Northeastern University, et al. v. Google, Inc.</u>

2. Applicant is representing the following party/ies: <u>Google, Inc.</u>

3. Applicant was admitted to practice in <u>California</u> (state) on <u>12/04/00</u> (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:

    <u>USDC Northern, CA 12/04/00; USDC Central, CA 07/03/06; USDC Southern, CA 7/13/06</u>

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

    I, <u>Shelley K. Mack</u> do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date <u>21 Dec 2007</u>          Signature <u>Shelley K Mack</u>

**Appendix K**  Revised: 1/24/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) _Shelley Kay Mack_
State Bar Number _CA SBN 209956_
Firm Name: FISH & RICHARDSON P.C.
Address/P.O. Box: 500 Arguello Street, Suite 500
City/State/Zip: Redwood City, California 94063
Telephone #: (650) 839-5070
Fax #: (650) 839-5071
E-mail Address: mack@fr.com
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on _____

_David J. Maland_
David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

# United States District Court

for the

Eastern District of Texas at Tyler

Date: Wednesday, December 26, 2007

Received from:

**Potter Minton**
**PO Box 359**
**Tyler. TX 75710**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $50.00 |
| **Total** | **$50.00** |

Payment method: Check
Case or other reference: 2:07CV486
Comments: PHV (2) CK 067189 for Shelly Mack and Howard Pollack Case No 2:07CV00486

Received by: rw