# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **NORTHEASTERN UNIVERSITY and JARG CORPORATION**<br><br>**Plaintiffs,**<br><br>v.<br><br>**GOOGLE INC.**<br><br>**Defendant.** | 07-cv-00486-TJW |

## NOTICE OF APPEARANCE OF COUNSEL

Defendants Google Inc. ("Google"), file this Notice of Appearance of Counsel, to notify the Court that Ruffin B. Cordell, of the law firm Fish & Richardson P.C., located at 1425 K Street, N.W., Suite 1100, Washington, D.C. 20005 is appearing as counsel for Google in the above-referenced matter.  All pleadings, discovery, correspondence, and other materials may be served upon counsel at the above-referenced physical address or at cordell@fr.com for the purposes of Local Rule C.V.5.

1

Dated: January 10, 2008

Respectfully submitted,

FISH & RICHARDSON P.C.

By: /s/ Ruffin B. Cordell
Michael E. Jones (SBN 10929400)
mikejones@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500
Tyler, TX 75702
Telephone:  (903) 597-8311
Facsimile:   (903) 593-0846

Ruffin B. Cordell (SBN 04820550)
cordell@fr.com
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, DC 20005-3500
Telephone:  (202) 783-5070
Facsimile:   (202) 783-2331

Howard G. Pollack (*admitted pro hac*)
pollack@fr.com
Shelley K. Mack (*admitted pro hac*)
mack@fr.com
Jerry T. Yen (CA SBN 247988)
yen@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone:  (650) 839-5070
Facsimile:   (650) 839-5071

Jason W. Wolff
wolff@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile:  (858) 678-5099

Attorneys for Defendant
GOOGLE INC.

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV5(a)(3). Any other counsel of record will be served by first class mail this 10th day of January.

                                                                 */s/ Ruffin B. Cordell*
                                                                  Ruffin B. Cordell

Notice of Appeance.doc