IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **NORTHEASTERN UNIVERSITY and JARG CORPORATION**<br><br>        **Plaintiffs,**<br><br>    v.<br><br>**GOOGLE INC.**<br><br>        **Defendant.** | Civil Action No. 2:07-CV-486 (TJW)<br><br>**Jury Trial Demanded** |

## NOTICE OF APPEARANCE

Notice is hereby given that Jerry T. Yen is entering his appearance as counsel for Defendant Google Inc., for the purpose of receiving notice from the Court.

Respectfully submitted this 10th day of January, 2008.

/s/ Jerry T. Yen
Jerry T. Yen, (CA Bar No. 247988)
yen@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063
Telephone:  (650) 839-5070
Facsimile:  (650) 839-5071

50458395.doc

1

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 10th day of January, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

                                                                 /s/ Jerry T. Yen
                                                                 Jerry T. Yen

50458395