IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **NORTHEASTERN UNIVERSITY and JARG CORPORATION** § § § | |
| **Plaintiffs,** § § | **Case No. 2:07-CV-486-TJW** |
| v. § § | |
| **GOOGLE, INC.** § § | |
| **Defendant.** § | |

### NORTHEASTERN UNIVERSITY AND JARG CORP.'S
### REPLY TO GOOGLE, INC.'S COUNTERCLAIM FOR DECLARATORY RELIEF

Plaintiffs Northeastern University and Jarg Corp. (collectively "Plaintiffs") file this reply to Google, Inc.'s ("Google") Counterclaim for Declaratory Relief and respond to the allegations of each paragraph as follows:

### Nature of the Action

1. This counterclaim seeks a declaratory judgment of noninfringement and invalidity of the '593 patent asserted by Plaintiffs in this action. Google seeks judgment under the patent laws of the United States, 35 U.S.C. § 101, *et seq.*, and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.

**ANSWER:** Plaintiffs admit that Google's counterclaim purports to seek declaratory judgment under the patent laws, 35 U.S.C. § 101, *et seq.*, and the Declaratory Judgement Act, 28 U.S.C. §§ 2201 and 2202, but specifically deny that Google is entitled to any such relief.

1

## Parties

2. Google is a Delaware corporation with a principal place of business at 1600 Amphitheatre Parkway, Mountain View, California 94043.

**ANSWER:** Admitted.

3. On information and belief, Northeastern University is a university organized and existing under the laws of the State of Massachusetts and has its principal place of business at 716 Columbus Avenue, Boston, MA 02120.

**ANSWER:** Admitted.

4. On information and belief, Jarg Corporation is a corporation organized and existing under the laws of the State of Delaware and has its principal place of business at 330 Bear Hill Rd., Waltham, MA 02451.

**ANSWER:** Admitted.

## Jurisdiction and Venue

5. This court has subject matter jurisdiction over this counterclaim pursuant to 28 U.S.C. §§ 1331 and 1338, the patent laws of the United States set forth at 35 U.S.C. §§ 101 *et seq.*, and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.

**ANSWER:** Admitted.

6. Plaintiffs Northeastern and Jarg have consented to the personal jurisdiction of this Court by commencing their action for patent infringement in this judicial district, as set forth in Plaintiffs' Complaint.

**ANSWER:** Admitted.

7. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b), (c) and 1400(b).

**ANSWER:** Admitted.

## Count I

### (Declaratory Relief Regarding Non-Infringement)

8. Pursuant to the Federal Declaratory Judgment Act, 28 U.S.C. § 2201 *et seq.*, Google requests a declaration of the Court that Google has not infringed and does not currently infringe any claim of the '593 patent, either directly, contributorily, or by inducement.

**ANSWER:** Plaintiffs admit that Google has requested declaratory relief, but specifically deny that Google is entitled to such relief because, *inter alia*, Google has infringed and continues to infringe the '593 patent.

## Count II

### (Declaratory Relief Regarding Invalidity)

9. Pursuant to the Federal Declaratory Judgment Act, 28 U.S.C. § 2201 *et seq.*, Google requests a declaration of the Court that the '593 patent is invalid because it fails to satisfy conditions for

patentability specified in 35 U.S.C. § 101 et seq., including, without limitation, sections 101, 102, 103, and/or 112.

**ANSWER:** Plaintiffs admit that Google has requested declaratory relief, but specifically deny that Google is entitled to such relief because, *inter alia*, the '593 patent is valid.

Dated:  January 31, 2008                               Respectfully submitted,

                                                         /s/ Michael Valek
                                           William B. Dawson (Tx Bar No. 05603600)
                                           VINSON & ELKINS L.L.P.
                                           3700 Trammel Crow Center
                                           3001 Ross Avenue
                                           Dallas, Texas 75201-2975
                                           Tel: (214) 220-7926
                                           Fax: (214) 999-7926

                                           David B. Weaver (TX Bar No. 00798576)
                                           Michael Valek (TX Bar No.24044028)
                                           R. Floyd Walker (TX Bar No. 24044751)
                                           Stephen C. Stout (TX Bar No. 24060672)
                                           VINSON & ELKINS L.L.P.
                                           2801 Via Fortuna, Suite 100
                                           Austin, Texas 78746
                                           Tel: (512) 542-8400
                                           Fax: (512) 236-3338
                                           E-mail: dweaver@velaw.com
                                                        mvalek@velaw.com
                                                        fwalker@velaw.com
                                                        sstout@velaw.com

OF COUNSEL:
Otis W Carroll, Jr.
IRELAND CARROLL & KELLEY
6101 S Broadway, Suite 500
Tyler, TX 75703
Tel:  903-561-1600
Fax: 903-581-1071
Email: Fedserv@icklaw.com

4

Franklin Jones, Jr.
Jones & Jones, Inc. P.C.
201 W Houston St., PO Drawer 1249
Marshall, TX 75671-1249
Tel: 903-938-4395
Fax: 903-938-3360
Email: maizieh@millerfirm.com

                                              ATTORNEYS FOR PLAINTIFFS
                                              NORTHEASTERN UNIVERSITY AND
                                              JARG CORPORATION

**CERTIFICATE OF SERVICE**

  The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 31st day of January, 2008.

                /s/ Michael Valek