IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRIC OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NORTHEASTERN UNIVERSITY and JARG CORPORATION | § § § | |
| v. | § § | CIVIL ACTION NO. 2:07-cv-486[TJW] |
| GOOGLE, INC. | § § | JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR DEFENDANT GOOGLE, INC.

Defendant, Google, Inc., files this Notice of Appearance of Additional Counsel, and hereby notifies the Court that Allen F. Gardner of the law firm POTTER MINTON, PC, is appearing as additional counsel for Google, Inc., in the above-referenced matter. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: May 1, 2008

                                                      Respectfully submitted,

                                                      **POTTER MINTON**
                                                      A Professional Corporation
                                                      110 N. College, Suite 500 (75702)
                                                      P. O. Box 359
                                                      Tyler, Texas 75710
                                                      (903) 597 8311
                                                      (903) 593 0846 (Facsimile)

                                        By:   */s/ Allen F. Gardner*
                                                    ALLEN F. GARDNER
                                                    State Bar No. 24043679
                                                    allengardner@potterminton.com

                                        **ATTORNEY FOR DEFENDANT GOOGLE, INC.**

{A07\7713\0002\W0364851.1 }

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3), May 1, 2008. Any other counsel of record will be served by first class mail on this same date.

                              */s/ Allen F. Gardner*
                              Allen F. Gardner

{A07\7713\0002\W0364851.1 }