IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NORTHEASTERN UNIVERSITY and JARG CORPORATION | § § § § | |
| Plaintiffs, | § § | Case No. 2:07-CV-486-TJW |
| v. | § § | |
| GOOGLE, INC. | § § § | |
| Defendant. | § | |

## NOTICE OF APPEARANCE OF CHRISTOPHER V. RYAN

Plaintiffs Northeastern University and Jarg Corporation file this Notice of Appearance, and hereby notify the Court that Christopher V. Ryan, of the law firm Vinson & Elkins LLP, 2801 Via Fortuna, Suite 100, Austin, Texas 78746, cryan@velaw.com, is appearing as counsel for Plaintiffs in the above-referenced matter. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: May 14, 2008            Respectfully submitted,

                                          /s/ Christpher V. Ryan
                                          William B. Dawson (Tx Bar No. 05603600)
                                          VINSON & ELKINS L.L.P.
                                          3700 Trammel Crow Center
                                          3001 Ross Avenue
                                          Dallas, Texas 75201-2975
                                          Tel: (214) 220-7926
                                          Fax: (214) 999-7926

                                        David B. Weaver (TX Bar No. 00798576)
                                        Christopher V. Ryan (TX Bar No. 24037412)
                                        Michael Valek (TX Bar No.24044028)
                                        R. Floyd Walker (TX Bar No. 24044751)
                                        VINSON & ELKINS L.L.P.
                                        2801 Via Fortuna, Suite 100
                                        Austin, Texas 78746
                                        Tel: (512) 542-8400
                                        Fax: (512) 236-3338
                                        E-mail: dweaver@velaw.com
                                                   cryan@velaw.com
                                                   mvalek@velaw.com
                                                   fwalker@velaw.com

OF COUNSEL:
Otis W Carroll, Jr.
IRELAND CARROLL & KELLEY
6101 S Broadway, Suite 500
Tyler, TX 75703
Tel:  903-561-1600
Fax: 903-581-1071
Email: Fedserv@icklaw.com

Franklin Jones, Jr.
Jones & Jones, Inc. P.C.
201 W Houston St., PO Drawer 1249
Marshall, TX 75671-1249
Tel:  903-938-4395
Fax: 903-938-3360
Email: maizieh@millerfirm.com

                                        ATTORNEYS FOR PLAINTIFFS
                                        NORTHEASTERN UNIVERSITY AND
                                        JARG CORPORATION

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 14th day of May, 2009.

                                            */s/* Christopher V. Ryan