IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NORTHEASTERN UNIVERSITY, ET AL. | § | |
| | § | |
| V. | § | CIVIL NO. 2:07-CV-486(TJW) |
| | § | |
| GOOGLE, INC. | § | |

**O R D E R**

This case is set for a status conference in Marshall, Texas, on July 29, 2008, at 10:00 o'clock a.m., before the Honorable T. John Ward and the Honorable Chad Everingham. The purpose of the conference will be to assign a claim construction hearing date and a trial setting. The parties shall be prepared to inform the Court whether they will consent to trial before the Magistrate Judge.

The parties shall submit their proposed docket control and discovery orders to the court on August 12, 2008. If the parties are unable to resolve their disagreements concerning these orders, the parties shall submit to the court their competing proposals along with a summary of their disagreements. For purposes of computing the time deadlines under the local patent rules, the court deems August 26, 2008 to be the date of the initial case management conference. As a result, the "Disclosure of Asserted Claims and Infringement Contentions" is due on September 9, 2008.

SIGNED this 26th day of June, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE