```
                                                    FILED-CLERK
                                                    U.S. DISTRICT COURT
         UNITED STATES DISTRICT COURT               2008 JUL 30 PM 4:23
           EASTERN DISTRICT OF TEXAS
               MARSHALL DIVISION                    TX EASTERN-MARSHALL

                                                    BY_____
```

Northeastern University et al §
§
vs. § CASE NO. 2:07cv486
§
Google Inc §
§

## ORDER OF REFERENCE

**IT IS HEREBY ORDERED** that this case be referred to _____The Honorable_____

__Charles Everingham, IV__, United States Magistrate Judge, for all further proceedings and the entry of

judgment in accordance with 28 U.S.C. Section 636(c), and the foregoing consent of the parties.

7/30/08
Date

UNITED STATES DISTRICT JUDGE