# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **NORTHEASTERN UNIVERSITY and JARG CORPORATION**<br><br>**Plaintiffs,**<br><br>v.<br><br>**GOOGLE INC.**<br><br>**Defendant.** | Civil Action No. 2:07-CV-486 (CE) |

## NOTICE OF APPEARANCE

The attorney identified below enters his appearance in this matter as counsel of record for Defendant Google Inc., and is authorized to receive service of all pleadings, notices, orders, and other papers in the above-captioned matter on behalf of Google:

Jason W. Wolff
Fish & Richardson P.C.
12390 El Camino Real
San Diego, California 92130
(858) 678-5070 Telephone
(858) 678-5099 Facsimile
E-mail: wolff@fr.com

1

Dated: August 1, 2008　　　　　　　　　　Respectfully submitted,

FISH & RICHARDSON P.C.


By: /s/ Jason W. Wolff
　　　Michael E. Jones (SBN 10929400)
　　　mikejones@potterminton.com
　　　POTTER MINTON
　　　A Professional Corporation
　　　110 N. College, Suite 500
　　　Tyler, TX 75702
　　　Telephone: (903) 597-8311
　　　Facsimile: (903) 593-0846

　　　Ruffin B. Cordell (SBN 04820550)
　　　cordell@fr.com
　　　FISH & RICHARDSON P.C.
　　　1425 K Street, N.W., 11th Floor
　　　Washington, DC 20005-3500
　　　Telephone: (202) 783-5070
　　　Facsimile: (202) 783-2331

　　　Howard G. Pollack (*Admitted Pro Hac Vice*)
　　　pollack@fr.com
　　　Shelley K. Mack (*Admitted Pro Hac Vice*)
　　　mack@fr.com
　　　Jerry T. Yen (CA SBN 247988)
　　　yen@fr.com
　　　FISH & RICHARDSON P.C.
　　　500 Arguello Street, Suite 500
　　　Redwood City, CA 94063
　　　Telephone: (650) 839-5070
　　　Facsimile: (650) 839-5071

　　　Jason W. Wolff (CA SBN 215819)
　　　wolff@fr.com
　　　FISH & RICHARDSON P.C.
　　　12390 El Camino Real
　　　San Diego, CA 92130
　　　Telephone: (858) 678-5070
　　　Facsimile: (858) 678-5099

Attorneys for Defendant
GOOGLE INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 1st day of August, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Jason W. Wolff
Jason W. Wolff

FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Phone: (858) 678-5070
Fax: (858) 678-5099

10861143.doc