**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

**NORTHEASTERN UNIVERSITY and
JARG CORPORATION**

**Plaintiffs,**

**v.**                                                           Civil Action No. 2:07-CV-486-CE

**GOOGLE INC.**

**Defendant.**

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND
TIME FOR SUBMITTING PROPOSED DOCKET CONTROL ORDER
AND DISCOVERY ORDER**

Before the Court is Defendant Google Inc.'s Unopposed Motion to Extend Time for

Submitting Proposed Docket Control Order and Discovery Order, filed on August 12, 2008.

After considering the Motion, the fact that it is unopposed, and the fact that there will be no

adverse consequences to the Court's schedule by granting this brief extension requested, the

Court finds that the Motion should be GRANTED. Accordingly, it is

ORDERED that Defendant's Unopposed Motion to Extend Time for Submitting

Proposed Docket Control Order and Discovery Order, filed on August 12, 2008, is GRANTED.

It is further

ORDERED that a one (1) week extension of time, until and including August 19, 2008, is

granted for the parties to confer and (1) submit a proposed joint docket control order and

discovery order to the Court or (2) submit competing versions of same if agreement cannot be

reached.

SIGNED this 15th day of August, 2008.


CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE