**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **NORTHEASTERN UNIVERSITY and JARG CORPORATION**<br><br>        **Plaintiffs,**<br><br>  v.<br><br>**GOOGLE INC.**<br><br>        **Defendant.** | Civil Action No. 2:07-CV-486-TJW-CE |

**JOINT MOTION TO ADOPT PROPOSED DOCKET CONTROL ORDER**
**AND PROPOSED DISCOVERY ORDER**

In accordance with the Court's instructions at the July 29, 2008 Status Conference, the parties jointly and timely submit (a) an agreed proposed Docket Control Order (Exhibit A) and (b) an agreed proposed Discovery Order (Exhibit B). The parties respectfully request that Exhibit A and Exhibit B be adopted by the Court in their entirety. The modification of the dates in the proposed orders should not have any effect on the Court's schedule, nor on the date and time of the Claim Construction Hearing. Moreover, this case will involve a substantial volume of materials containing confidential information and, pursuant to P.R. 2-1(6), the parties respectfully request that the Court authorize the filing of such information under seal.

Dated: August 19, 2008

Respectfully submitted,

| | |
|---|---|
| /s/ Jason W. Wolff | /s/ Michael Valek (by permission) |
| Michael E. Jones (SBN 10929400) | William B. Dawson (TX Bar No. 05603600) |
| mikejones@potterminton.com | VINSON & ELKINS L.L.P. |
| POTTER MINTON | 3700 Trammel Crow Center |
| A Professional Corporation | 3001 Ross Avenue |
| 110 N. College, Suite 500 | Dallas, Texas 75201-2975 |
| Tyler, TX 75702 | Tel: (214) 220-7926 |
| Telephone: (903) 597-8311 | Fax: (214) 999-7926 |
| Facsimile: (903) 593-0846 | |
| | David B. Weaver (TX Bar No. 00798576) |
| Ruffin B. Cordell (SBN 04820550) | Michael Valek (TX Bar No. 24044028) |
| cordell@fr.com | R. Floyd Walker (TX Bar No. 24044751) |
| FISH & RICHARDSON P.C. | Stephen C. Stout (TX Bar No. 24060672) |
| 1425 K Street, N.W., 11th Floor | VINSON & ELKINS L.L.P. |
| Washington, DC 20005-3500 | 2801 Via Fortuna, Suite 100 |
| Telephone: (202) 783-5070 | Austin, Texas 78746 |
| Facsimile: (202) 783-2331 | Tel: (512) 542-8400 |
| | Fax: (512) 236-3338 |
| Howard G. Pollack (Admitted Pro Hac Vice) | E-mail: dweaver@velaw.com |
| pollack@fr.com | mvalek@velaw.com |
| Shelley K. Mack (Admitted Pro Hac Vice) | fwalker@velaw.com |
| mack@fr.com | sstout@velaw.com |
| Jerry T. Yen (CA SBN 247988) | |
| yen@fr.com | Attorneys for Plaintiffs |
| FISH & RICHARDSON P.C. | NORTHEASTERN UNIVERSITY AND |
| 500 Arguello Street, Suite 500 | JARG CORPORATION |
| Redwood City, CA 94063 | |
| Telephone: (650) 839-5070 | |
| Facsimile: (650) 839-5071 | |

Jason W. Wolff (Admitted Pro Hac Vice)
wolff@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Attorneys for Defendant
GOOGLE INC.