IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NORTHEASTERN UNIVERSITY and JARG CORPORATION | § § § | |
| Plaintiffs, | § § | CASE NO. 2:07-CV-486 |
| v. | § § | DEMAND FOR JURY TRIAL |
| GOOGLE, INC. | § § | |
| Defendant. | § | |

## DOCKET CONTROL ORDER

In accordance with the case status conference held herein on the 29th day of July, 2008, it is hereby

**ORDERED** that the following schedule of deadlines is in effect until further order of this court:

| | |
|---|---|
| April 4, 2011 | Jury Selection - 9:00 a.m. in **Marshall, Texas** |
| March 29, 2011 | Pretrial Conference – 9:00 a.m. in **Marshall, Texas** |
| March 25, 2011 | Joint Pretrial Order, Joint Proposed Jury Instructions and Form of the Verdict. |
| March 21, 2011 | **Responses to Motions *in Limine* Due** |
| | Responses to motions *in limine* filed prior to the motions *in limine* deadline shall be filed within 3 weeks after the motion *in limine* is filed.  The parties are ordered to **meet and confer** on their respective motions *in limine* and **advise the court of any agreements in this regard by 3:00 p.m. the business day before** the pretrial conference. |

| | |
|---|---|
| | The parties shall limit their motions *in limine* to those issues which, if improperly introduced into the trial of the case would be so prejudicial that the court could not alleviate the prejudice with appropriate instruction(s). |
| February 25, 2011 | **Motions in *Limine* Due** |
| March 7, 2011 | **Notice of Request for daily Transcript or Real Time Reporting of Court Proceedings.** If a daily trancript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Susan Simmons, at lssimmons@yahoo.com |
| March 29, 2011 | Response to Dispositive Motions (including *Daubert* motions)[1] **Responses to dispositive motions filed prior to the dispositive motion deadline, including *Daubert* Motions, shall be filed within 3 weeks after the dispositive motion is filed. Motions for Summary Judgment shall comply with Local Rule CV-56.** |
| March 7, 2011 | Deadline for filing Dispositive Motions and any other motions that may require a hearing (including *Daubert* motions) |
| March 7, 2011 | Mediation to be completed |
| February 18, 2011 | Parties to identify trial witnesses, exchange deposition designations, and exchange exhibit lists under Fed. R. Civ. P. 26(3)(A) |
| February 4, 2011 | Discovery Deadline |

---

[1] The parties are directed to Local Rule CV-7(d), which provides in part that "[i]n the event a party fails to oppose a motion in the manner prescribed herein the court will assume that the party has no opposition."

| | |
|---|---|
| _____ | **30** Days after claim construction ruling<br>Designate Rebuttal Expert Witnesses other than claims construction<br>Expert witness report due<br>Refer to Discovery Order for required information. |
| _____ | **15** Days after claim construction ruling<br>Comply with P.R. 3-7. |
| _____ | **15** Days after claim construction ruling<br>Party with the burden of proof to designate Expert Witnesses other than claim construction<br>Expert witness report due<br>Refer to Discovery Order for required information. |
| October 6, 2010 | Claim construction hearing at 9:00 a.m., **Marshall, Texas.** |
| July 9, 2010 | Respond to Amended Pleadings |
| June 25, 2010 | Amend Pleadings<br>**(It is not necessary to file a Motion for Leave to Amend before the deadline to amend pleadings except to the extent the amendment seeks to add a new patent in suit. It is necessary to file a Motion for Leave to Amend after the amended pleadings date set forth herein.)** |
| May 7, 2010 | Update of Privilege Logs to be exchanged by parties (or a letter to the Court stating that there are no disputes as to claims of privileged documents). |
| November 6, 2009 | Join Additional Parties |
| October 26, 2009 | Comply with P.R. 4-5(c). |

| | |
|---|---|
| October 2, 2009 | Comply with P.R. 4-5(b). |
| September 4, 2009 | Comply with P.R. 4-5(a). |
| August 14, 2009 | Discovery deadline-claims construction issues. |
| July 10, 2009 | Comply with P.R. 4-3. |
| June 12, 2009 | Comply with P.R. 4-2. |
| May 22, 2009 | Comply with P.R. 4-1. |
| May 8, 2009 | Privilege Logs to be exchanged by parties (or a letter to the Court stating that there are no disputes as to claims of privileged documents). |
| November 7, 2008 | Comply with P.R. 3-3 and P.R. 3-4. |

## OTHER LIMITATIONS

1. All depositions to be read into evidence as part of the parties' case-in-chief shall be **EDITED** so as to exclude all unnecessary, repetitious, and irrelevant testimony; **ONLY** those portions which are relevant to the issues in controversy shall be read into evidence.

2. The Court will refuse to entertain any motion to compel discovery filed after the date of this Order unless the movant advises the Court within the body of the motion that counsel for the parties have first conferred in a good faith attempt to resolve the matter. See Eastern District of Texas Local Rule CV-7(h).

3. The following excuses will not warrant a continuance nor justify a failure to comply with the discovery deadline:

    (a) The fact that there are motions for summary judgment or motions to dismiss pending;

(b) The fact that one or more of the attorneys is set for trial in another court on the same day, unless the other setting was made prior to the date of this order or was made as a special provision for the parties in the other case;

(c) The failure to complete discovery prior to trial, unless the parties can demonstrate that it was impossible to complete discovery despite their good faith effort to do so.

SIGNED this 21st day of August, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE