# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **NORTHEASTERN UNIVERSITY and JARG CORPORATION**<br><br>　　　　　**Plaintiffs,**<br><br>　v.<br><br>**GOOGLE INC.**<br><br>　　　　　**Defendant.** | Civil Action No. 2:07-CV-486-TJW-CE |

## DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME FOR SUBMITTING MUTUALLY AGREEABLE PROTECTIVE ORDER

Defendant Google Inc. ("Defendant") moves the Court for an unopposed extension of time to submit a proposed Docket Control Order and proposed Discovery Order to the Court.

**I.　BRIEF BACKGROUND**

1.　On August 21, 2008, the Court signed and entered the parties' agreed-upon Discovery Order.

2.　Jury selection for this matter is currently scheduled for April 4, 2011. The claim construction hearing is currently scheduled for October 6, 2010.

3.　By Order signed August 21, 2008, (Dkt. No. 32), the Court ordered the parties to submit a mutually agreeable protective order to the Court by August 26, 2008.

**II.　RELIEF REQUESTED**

Defendant requests a two (2) day extension of time, until and including August 28, 2008, for the parties to confer and submit a mutually agreeable protective order to the Court. Jury selection is not scheduled until April 4, 2011, so there will be no adverse consequences to the

Court's schedule by granting this brief extension. In addition, this motion is not opposed by Plaintiff.

WHEREFORE, Defendant respectfully requests a two (2) day extension of time, until and including August 28, 2008, for the parties to confer and submit a mutually agreeable protective order to the Court.

Dated: August 26, 2008						Respectfully submitted,

							FISH & RICHARDSON P.C.


							By: _____
								Michael E. Jones (SBN 10929400)
								mikejones@potterminton.com
								POTTER MINTON
								A Professional Corporation
								110 N. College, Suite 500
								Tyler, TX 75702
								Telephone: (903) 597-8311
								Facsimile: (903) 593-0846

								Ruffin B. Cordell (SBN 04820550)
								cordell@fr.com
								FISH & RICHARDSON P.C.
								1425 K Street, N.W., 11th Floor
								Washington, DC 20005-3500
								Telephone: (202) 783-5070
								Facsimile: (202) 783-2331

								Howard G. Pollack (*Admitted Pro Hac Vice*)
								pollack@fr.com
								Shelley K. Mack (*Admitted Pro Hac Vice*)
								mack@fr.com
								Jerry T. Yen (CA SBN 247988)
								yen@fr.com
								FISH & RICHARDSON P.C.
								500 Arguello Street, Suite 500
								Redwood City, CA 94063
								Telephone: (650) 839-5070
								Facsimile: (650) 839-5071

							Attorneys for Defendant
							GOOGLE INC.

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for the Plaintiff has been contacted regarding the relief requested in this motion and that Plaintiff has indicated that Plaintiff does not oppose the relief requested.

/s/ Jason W. Wolff
Jason W. Wolff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 26, 2008 on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Jason W. Wolff
Jason W. Wolff

10863318.doc