# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **NORTHEASTERN UNIVERSITY and JARG CORPORATION**<br><br>　　　　**Plaintiffs,**<br><br>　　v.<br><br>**GOOGLE INC.**<br><br>　　　　**Defendant.** | Civil Action No. 2:07-CV-486-TJW-CE |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME FOR SUBMITTING MUTUALLY AGREEABLE PROTECTIVE ORDER

　　Before the Court is Defendant Google Inc.'s ("Defendant") Unopposed Motion to Extend Time for Submitting Mutually Agreeable Protective Order, filed on August 26, 2008. After considering the Motion, the fact that it is unopposed, and the fact that there will be no adverse consequences to the Court's schedule by granting this brief extension requested, the Court finds that the Motion should be GRANTED. Accordingly, it is

　　ORDERED that Defendant's Unopposed Motion to Extend Time for Submitting Mutually Agreeable Protective Order, filed on August 26, 2008, is GRANTED. It is further

　　ORDERED that a two (2) day extension of time, until and including August 28, 2008, is granted for the parties to confer and submit a mutually agreeable protective order to the Court.

　　SIGNED this 27th day of August, 2008.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　CHARLES EVERINGHAM IV
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE