# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NORTHEASTERN UNIVERSITY and JARG CORPORATION, <br>     Plaintiffs, <br><br> v. <br><br> GOOGLE INC., <br>     Defendant. | Civil Action No. 2:07-cv-486-CE <br><br> JURY TRIAL DEMANDED |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER
## AND TO EXTEND TIME FOR SUBMITTING A
## MUTUALLY AGREEABLE ATTACHMENT TO THE PROTECTIVE ORDER

**I. INTRODUCTION**

Plaintiffs Northeastern University and Jarg Corporation and Defendant Google, Inc. have agreed to the provisions of the Proposed Protective Order ("Protective Order") attached as Exhibit A. The parties jointly move the court for entry of the agreed upon Protective Order.

The Protective Order refers to an Attachment A intended to be executed by consultants retained by the parties for this litigation. The parties jointly request additional time to confer and submit a mutually agreeable Attachment A to the Protective Order.

**II. BRIEF BACKGROUND**

   1.  On August 21, 2008 the Court signed and entered the parties' agreed-upon Discovery Order.

2. Jury selection for this matter is currently scheduled for April 4, 2011. The claim construction hearing is currently scheduled for October 6, 2010.

3. By Order signed August 27, 2008, (Dkt. No. 37), the Court ordered the parties to submit a mutually agreeable protective order to the Court by August 28, 2008.

4. The parties have agreed upon the Protective Order attached as Exhibit A.

## III. RELIEF REQUESTED

1. The parties jointly request that the Court sign and enter the Protective Order attached as Exhibit A.

2. The parties jointly request a two day extension of time, until and including Tuesday, September 2, 2008, for the parties to confer and submit a mutually agreeable attachment to the Protective Order. Jury selection is not scheduled until April 4, 2011, so there will be no adverse consequences to the Court's schedule by granting this brief extension. In addition, this motion is not opposed by Defendant.

WHEREFORE, the parties respectfully request (a) entry of the Protective Order attached as Exhibit A and (b) a two day extension of time, until and including Tuesday, September 2, 2008 for the parties to confer and submit a mutually agreeable attachment to the Protective Order to the Court.

Dated: August 28, 2008   Respectfully submitted,

/s/ Michael Valek
William B. Dawson (Tx Bar No. 05603600)
VINSON & ELKINS L.L.P.
3700 Trammel Crow Center
3001 Ross Avenue
Dallas, Texas 75201-2975
Tel: (214) 220-7926
Fax: (214) 999-7926
bdawson@velaw.com

David B. Weaver (TX Bar No. 00798576)
Christopher V. Ryan (TX Bar No. 24037412)
Michael Valek (TX Bar No.24044028)
R. Floyd Walker (TX Bar No. 24044751)
Stephen C. Stout (TX Bar No. 24060672)
VINSON & ELKINS L.L.P.
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Tel: (512) 542-8400
Fax: (512) 236-3338
dweaver@velaw.com
cryan@velaw.com
mvalek@velaw.com
fwalker@velaw.com
sstout@velaw.com

Otis W Carroll, Jr.
Collin Maloney
IRELAND CARROLL & KELLEY
6101 S Broadway, Suite 500
Tyler, TX 75703
Tel: 903-561-1600
Fax: 903-581-1071
Fedserv@icklaw.com

Franklin Jones, Jr.
JONES & JONES, INC. P.C.
201 W Houston St., PO Drawer 1249
Marshall, TX 75671-1249
Tel: 903-938-4395
Fax: 903-938-3360
maizieh@millerfirm.com

ATTORNEYS FOR PLAINTIFFS
NORTHEASTERN UNIVERSITY AND
JARG CORPORATION

/s/ Jason W. Wolff (with permission)
Michael E. Jones (SBN 10929400)
mikejones@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500
Tyler, TX 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

Ruffin B. Cordell (SBN 04820550)
cordell@fr.com
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, DC 20005-3500
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Howard G. Pollack (Admitted Pro Hac Vice)
pollack@fr.com
Shelley K. Mack (Admitted Pro Hac Vice)
mack@fr.com
Jerry T. Yen (CA SBN 247988)
yen@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Jason W. Wolff (Admitted Pro Hac Vice)
wolff@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

ATTORNEYS FOR DEFENDANT
GOOGLE INC.

# CERTIFICATE OF SERVICE

       The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).   Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 28th day of August, 2008.

                                          */s/* Michael A. Valek