**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| NORTHEASTERN UNIVERSITY and JARG CORPORATION, <br>                Plaintiffs, <br><br> v. <br><br> GOOGLE INC., <br>                Defendant. | ) <br> ) <br> ) Civil Action No. 2:07-cv-486-CE <br> ) <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### ORDER GRANTING PARTIES' JOINT MOTION TO EXTEND TIME FOR SUBMITTING A MUTUALLY AGREEABLE ATTACHMENT TO THE PROTECTIVE ORDER

Before the court is Plaintiffs Northeastern University and Jarg Corporation and Defendant Google Inc.'s Joint Motion to Extend Time for Submitting a Mutually Agreeable Attachment to the Protective Order, filed on August 28, 2008. After considering the Motion, the fact that it is unopposed, and the fact that there will be no adverse consequences to the Court's schedule by granting this brief extension requested, the Court finds that the Motion should be GRANTED. Accordingly it is

ORDERED that the Joint Motion to Extend Time for Submitting a Mutually Agreeable Attachment to the Protective Order, filed on August 28, 2008 is GRANTED. It is further

ORDERED that a two day extension of time, until and including Tuesday, September 2, 2008, is granted for the parties to confer and submit a further mutually agreeable attachment to the protective order to the Court.

SIGNED this 29th day of August, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE