**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| NORTHEASTERN UNIVERSITY and JARG CORPORATION,<br>    Plaintiffs,<br><br>v.<br><br>GOOGLE INC.,<br>    Defendant. | Civil Action No. 2:07-cv-486-CE<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION TO ENTER PROTECTIVE ORDER

Come now Plaintiffs Northeastern University and Jarg Corporation and Defendant Google, Inc. and file this Joint Motion to Enter Protective Order, and in support of same would show the Court as follows:

I.

An agreed upon protective order was filed with the Court by joint motion on August 28, 2008 (Docket No. 38).

II.

The current deadline to submit an attachment to the agreed protective order in this case is September 2, 2008.

III.

The Parties have conferred and have reached agreement on the form of the attachment to the agreed protective order. Together, the Parties now move the Court for entry of the Agreed Protective Order together with the attachment, submitted herewith as Exhibit A. For

the convenience of the Court, Exhibit A includes both the Agreed Protective Order, previously filed with the Court, and the attachment.

Dated: September 2, 2008

Respectfully submitted,

/s/ Michael Valek
William B. Dawson (Tx Bar No. 05603600)
VINSON & ELKINS L.L.P.
3700 Trammel Crow Center
3001 Ross Avenue
Dallas, Texas 75201-2975
Tel: (214) 220-7926
Fax: (214) 999-7926
bdawson@velaw.com

David B. Weaver (TX Bar No. 00798576)
Christopher V. Ryan (TX Bar No. 24037412)
Michael Valek (TX Bar No.24044028)
R. Floyd Walker (TX Bar No. 24044751)
Stephen C. Stout (TX Bar No. 24060672)
VINSON & ELKINS L.L.P.
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Tel: (512) 542-8400
Fax: (512) 236-3338
dweaver@velaw.com
cryan@velaw.com
mvalek@velaw.com
fwalker@velaw.com
sstout@velaw.com

Otis W Carroll, Jr.
Collin Maloney
IRELAND CARROLL & KELLEY
6101 S Broadway, Suite 500
Tyler, TX 75703
Tel: 903-561-1600
Fax: 903-581-1071
Fedserv@icklaw.com

Franklin Jones, Jr.
JONES & JONES, INC. P.C.
201 W Houston St., PO Drawer 1249
Marshall, TX 75671-1249
Tel:  903-938-4395
Fax: 903-938-3360
[maizieh@millerfirm.com](maizieh@millerfirm.com)

ATTORNEYS FOR PLAINTIFFS
NORTHEASTERN UNIVERSITY AND
JARG CORPORATION

/s/ Jason W. Wolff (with permission)
Michael E. Jones (SBN 10929400)
mikejones@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500
Tyler, TX 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

Ruffin B. Cordell (SBN 04820550)
cordell@fr.com
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, DC 20005-3500
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Howard G. Pollack (Admitted Pro Hac Vice)
pollack@fr.com
Shelley K. Mack (Admitted Pro Hac Vice)
mack@fr.com
Jerry T. Yen (CA SBN 247988)
yen@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Jason W. Wolff
wolff@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

ATTORNEYS FOR DEFENDANT
GOOGLE INC.

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 2nd day of September, 2008.

*/s/* Michael A. Valek