# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **NORTHEASTERN UNIVERSITY and JARG CORPORATION**<br><br>        **Plaintiffs,**<br><br>    **v.**<br><br>**GOOGLE INC.**<br><br>        **Defendant.** | Civil Action No. 2:07-CV-486-TJW-CE |

## DEFENDANT GOOGLE INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant Google Inc. ("Google"), certifies the following:

Google does not have a parent corporation that owns more than 10% of its stock, and no publicly traded company owns more than 10% of Google's stock.

Dated:  October 27, 2008                    Respectfully submitted,

                                            FISH & RICHARDSON P.C.


                                            By: */s/ Michael E. Jones*
                                                Michael E. Jones (SBN 10929400)
                                                mikejones@potterminton.com
                                                POTTER MINTON
                                                A Professional Corporation
                                                110 N. College, Suite 500
                                                Tyler, TX 75702
                                                Telephone:  (903) 597-8311
                                                Facsimile:   (903) 593-0846

                                                Ruffin B. Cordell (SBN 04820550)
                                                cordell@fr.com
                                                FISH & RICHARDSON P.C.
                                                1425 K Street, N.W., 11th Floor
                                                Washington, DC 20005-3500
                                                Telephone:  (202) 783-5070
                                                Facsimile:   (202) 783-2331

                                                Jason W. Wolff (CA SBN 215819)
                                                wolf@fr.com
                                                FISH & RICHARDSON P.C.
                                                12390 El Camino Real
                                                San Diego, CA 92130
                                                Telephone:  (858) 678-5070
                                                Facsimile:   (858) 678-5099

                                                Howard G. Pollack (*Admitted Pro Hac Vice*)
                                                pollack@fr.com
                                                Shelley K. Mack (*Admitted Pro Hac Vice*)
                                                mack@fr.com
                                                Jerry T. Yen (CA SBN 247988)
                                                yen@fr.com
                                                FISH & RICHARDSON P.C.
                                                500 Arguello Street, Suite 500
                                                Redwood City, CA 94063
                                                Telephone:  (650) 839-5070
                                                Facsimile:   (650) 839-5071

                                            Attorneys for Defendant
                                            GOOGLE INC.

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 27, 2008. Any other counsel of record will be served by First Class U.S. mail on this same date.

                                             */s/ Michael E. Jones*