# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **NORTHEASTERN UNIVERSITY and JARG CORPORATION**<br><br>    Plaintiffs,<br><br>  v.<br><br>**GOOGLE INC.**<br><br>    Defendant. | Civil Action No. 2:07-CV-486-CE |

## GOOGLE INC'S NOTICE OF DISCLOSURES UNDER P.R. 3-3 AND 3-4

Google Inc. hereby gives notice that it has complied with Patent Local Rule 3-3 and 3-4 by serving Plaintiff's counsel with Google Inc.'s Invalidity Contentions and documents.

Dated: November 7, 2008  Respectfully submitted,

FISH & RICHARDSON P.C.


By: /s/ Jason W. Wolff
    Michael E. Jones (SBN 10929400)
    mikejones@potterminton.com
    POTTER MINTON
    A Professional Corporation
    110 N. College, Suite 500
    Tyler, TX 75702
    Telephone: (903) 597-8311
    Facsimile: (903) 593-0846

    Ruffin B. Cordell (SBN 04820550)
    cordell@fr.com
    FISH & RICHARDSON P.C.
    1425 K Street, N.W., 11th Floor
    Washington, DC 20005-3500
    Telephone: (202) 783-5070
    Facsimile: (202) 783-2331

    Jason W. Wolff (CA SBN 215819)
    wolf@fr.com
    FISH & RICHARDSON P.C.
    12390 El Camino Real
    San Diego, CA 92130
    Telephone: (858) 678-5070
    Facsimile: (858) 678-5099

    Howard G. Pollack (*Admitted Pro Hac Vice*)
    pollack@fr.com
    Shelley K. Mack (*Admitted Pro Hac Vice*)
    mack@fr.com
    Jerry T. Yen (CA SBN 247988)
    yen@fr.com
    FISH & RICHARDSON P.C.
    500 Arguello Street, Suite 500
    Redwood City, CA 94063
    Telephone: (650) 839-5070
    Facsimile: (650) 839-5071

Attorneys for Defendant
GOOGLE INC.

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 7, 2008, a true and correct copy of GOOGLE INC'S NOTICE OF DISCLOSURES UNDER P.R. 3-3 AND 3-4 was served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

> */s/ Jason W. Wolff*
> **JASON W. WOLFF**

Notice of Disclosures v2.doc