IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **NORTHEASTERN UNIVERSITY and JARG CORPORATION**<br><br>    Plaintiffs,<br><br>v.<br><br>**GOOGLE INC.**<br><br>    Defendant. | **CIVIL ACTION NO. 2:07-CV-486-CE** |

### JOINT MOTION TO EXTEND TIME TO FILE RESPONSE AND REPLY REGARDING GOOGLE INC.'S MOTION TO COMPEL 30(b)(6) TESTIMONY FROM JARG CORPORATION AND NORTHEASTERN UNIVERSITY

Plaintiffs Jarg Corporation and Northeastern University ("Plaintiffs") and Defendant Google Inc. ("Google") hereby jointly move this Court for extensions of time regarding briefing on Google Inc.'s Motion to Compel 30(b)(6) Testimony from Jarg Corporation and Northeastern University (the "Motion to Compel). Counsel for Plaintiffs and Defendant have conferred and have agreed upon a mutually agreeable briefing schedule.

Google filed its Motion to Compel [Document No. 47] on November 26, 2008 and the current deadline for Plaintiffs to respond is December 8, 2008. Google's deadline to file a reply would be December 15, 2008. Plaintiffs and Google request that the Court extend the time for Plaintiffs to file a response to the Motion to Compel until and including December 17, 2008, and for Google to file a reply in support until and including December 31, 2008. Good cause exists for this Motion, and this Motion is not sought for purposes of delay.

1

Dated: December 4, 2008

Respectfully submitted,

/s/ Stephen C. Stout
William B. Dawson (Tx Bar No. 05603600)
VINSON & ELKINS L.L.P.
3700 Trammel Crow Center
3001 Ross Avenue
Dallas, Texas 75201-2975
Tel: (214) 220-7926
Fax: (214) 999-7926
E-mail: bdawson@velaw.com

David B. Weaver (TX Bar No. 00798576)
Christopher V. Ryan (TX Bar No. 24037412)
Michael Valek (TX Bar No.24044028)
R. Floyd Walker (TX Bar No. 24044751)
Stephen C. Stout (TX Bar No. 24060672)
VINSON & ELKINS L.L.P.
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Tel: (512) 542-8400
Fax: (512) 236-3338
E-mail: dweaver@velaw.com
  cryan@velaw.com
  mvalek@velaw.com
  fwalker@velaw.com
  sstout@velaw.com

Otis W Carroll, Jr. (TX Bar No. 03895700)
Collin Maloney (TX Bar No. 00794219)
IRELAND CARROLL & KELLEY
6101 S Broadway, Suite 500
Tyler, TX 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
Email: Fedserv@icklaw.com

Franklin Jones, Jr. (TX Bar No. 00000055)
JONES & JONES, INC. P.C.
201 W Houston St., PO Drawer 1249
Marshall, TX 75671-1249
Tel: (903) 938-4395
Fax: (903) 938-3360
Email: maizieh@millerfirm.com

*Counsel for Plaintiffs Northeastern University and Jarg Corporation*

/s/ Jason W. Wolff (by permission)
Michael E. Jones (TX Bar No. 10929400)
POTTER MINTON
110 N. College, Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846
mikejones@potterminton.com

Ruffin B. Cordell (TX Bar No. 04820550)
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, DC 20005-3500
Tel: (202) 783-5070
Fax: (202) 783-2331
cordell@fr.com

Jason W. Wolff
FISH & RICHARDSON, P.C.
12390 El Camino Real
San Diego, California 92130
Tel: (858) 678-5070
Fax: (858) 678-5099
wolff@fr.com

Howard G. Pollack (*Admitted Pro Hac Vice*)
Shelley Kay Mack (*Admitted Pro Hac Vice*)
Jerry T. Yen (CA Bar No. 247899)
FISH & RICHARDSON, P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Tel: 650.839.5070
Fax: 650.839.5071
pollack@fr.com
mack@fr.com
yen@fr.com

***Counsel for Defendant Google Inc.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 4, 2008. Any other counsel of record will be served by first class mail on this same date.

                */s/* Stephen C. Stout
                  Stephen C. Stout