# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **NORTHEASTERN UNIVERSITY and JARG CORPORATION**<br><br>    Plaintiffs,<br><br>v.<br><br>**GOOGLE INC.**<br><br>    Defendant. | **CIVIL ACTION NO. 2:07-CV-486-CE** |

## ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE RESPONSE AND REPLY REGARDING GOOGLE INC.'S MOTION TO COMPEL 30(b)(6) TESTIMONY FROM JARG CORPORATION AND NORTHEASTERN UNIVERSITY

The Court, having considered the parties' Joint Motion to Extend Time to File Response and Reply Regarding Google Inc.'s Motion to Compel 30(b)(6) Testimony from Jarg Corporation and Northeastern University [Document No. 47], finds that this motion has merit and is hereby GRANTED.

Plaintiffs are granted until and including December 17, 2008 to file their response to Google's Motion to Compel. Google is granted until and including December 31, 2008 to file a reply in support of its Motion to Compel.

SIGNED this 8th day of December, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE