# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **NORTHEASTERN UNIVERSITY and JARG CORPORATION**<br><br>    **Plaintiffs,**<br><br> **v.**<br><br>**GOOGLE INC.**<br><br>    **Defendant.** | Civil Action No. 2:07-CV-486-CE<br><br>**Jury Trial Demanded** |

## NOTICE OF APPEARANCE

Notice is hereby given that Francis J. Albert is entering his appearance as counsel for Defendant Google Inc., for the purpose of receiving notice from the Court.

Respectfully submitted this 15th day of December, 2008.

                /s/ Francis J. Albert
                Francis J. Albert, CA State Bar No. 247741
                fja@fr.com
                FISH & RICHARDSON P.C.
                12390 El Camino Real
                San Diego, CA  92130
                Phone:  (858) 678-5070
                Fax:  (858) 678-5099

10887901.doc

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 15th day of December, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served pursuant to the parties' electronic service agreement on this same date.

                                              /s/ Francis J. Albert
                                              Francis J. Albert

FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130
Phone:  (858) 678-5070
Fax:  (858) 678-5099

10887901.doc