IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **NORTHEASTERN UNIVERSITY and JARG CORPORATION**<br><br>    Plaintiffs,<br><br>v.<br><br>**GOOGLE, INC.**<br><br>    Defendant. | **CIVIL ACTION NO. 2:07-CV-486-CE** |

**JOINT MOTION TO EXTEND TIME FOR ADDITIONAL DISCLOSURES**

Plaintiffs Northeastern University and Jarg Corporation ("Plaintiffs") and Defendant Google Inc. ("Google") hereby jointly move this Court for an extension of time for the deadline to produce all liability related documents. Counsel for Plaintiffs and Defendant have conferred and have agreed upon a mutually agreeable date.

As set forth in the Court's August 21, 2008 Discovery Order, by May 8, 2009, "[e]ach party, without awaiting a discovery request, shall provide, to the extent not already provided, to every other party . . . a copy of all documents, electronically stored information, and tangible things in the possession, custody, or control of the party that are relevant to liability related issues.". Dkt. No. 82. The parties seek a one month extension—until June 5, 2009—of that deadline.

Both parties have been cooperating to aid in the identification of liability related materials and have made substantial progress in their production. The requested extension will not affect other dates in the Court's Docket Control Order or Discovery Order. Good cause exists for this Motion, and this Motion is not sought for purposes of delay.

1

Dated: May 8, 2009                                Respectfully submitted,

  /s/ Stephen C. Stout
William B. Dawson (Tx Bar No. 05603600)
VINSON & ELKINS L.L.P.
3700 Trammel Crow Center
3001 Ross Avenue
Dallas, Texas 75201-2975
Tel: (214) 220-7926
Fax: (214) 999-7926
E-mail: bdawson@velaw.com

David B. Weaver (TX Bar No. 00798576)
Christopher V. Ryan (TX Bar No. 24037412)
Michael Valek (TX Bar No.24044028)
R. Floyd Walker (TX Bar No. 24044751)
Stephen C. Stout (TX Bar No. 24060672)
Meredith J. Fitzpatrick (TX Bar No. 24059753)
VINSON & ELKINS L.L.P.
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Tel: (512) 542-8400
Fax: (512) 236-3338
E-mail: dweaver@velaw.com
       cryan@velaw.com
       mvalek@velaw.com
       fwalker@velaw.com
       sstout@velaw.com
       mfitzpatrick@velaw.com

Otis W Carroll, Jr. (TX Bar No. 03895700)
Collin Maloney (TX Bar No. 00794219)
IRELAND CARROLL & KELLEY
6101 S Broadway, Suite 500
Tyler, TX 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
Email: Fedserv@icklaw.com

*Counsel for Plaintiffs Northeastern University and Jarg Corporation*

/s/ Jason W. Wolff (by permission)
Michael E. Jones (TX Bar No. 10929400)
POTTER MINTON
110 N. College, Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846
mikejones@potterminton.com

Ruffin B. Cordell (TX Bar No. 04820550)
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, DC 20005-3500
Tel: (202) 783-5070
Fax: (202) 783-2331
cordell@fr.com

Jason W. Wolff
Francis Albert
FISH & RICHARDSON, P.C.
12390 El Camino Real
San Diego, California 92130
Tel: (858) 678-5070
Fax: (858) 678-5099
wolff@fr.com

Howard G. Pollack (*Admitted Pro Hac Vice*)
Shelley Kay Mack (*Admitted Pro Hac Vice*)
Jerry T. Yen (CA Bar No. 247899)
Enrique D. Duarte
FISH & RICHARDSON, P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Tel: 650.839.5070
Fax: 650.839.5071
pollack@fr.com
mack@fr.com
yen@fr.com

***Counsel for Defendant Google, Inc.***

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 8, 2009. Any other counsel of record will be served by first class mail on this same date.

                                                            */s/* Stephen C. Stout
                                                                Stephen C. Stout