# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **NORTHEASTERN UNIVERSITY and JARG CORPORATION**<br><br>    **Plaintiffs,**<br><br>v.<br><br>**GOOGLE, INC.**<br><br>    **Defendant.** | **CIVIL ACTION NO. 2:07-CV-486-CE** |

## ORDER GRANTING JOINT MOTION TO EXTEND TIME
## FOR ADDITIONAL DISCLOSURES

The Court, having considered the parties' Joint Motion to Extend Time for Additional Disclosures, finds that this motion has merit and is hereby GRANTED.

The parties are granted until and including June 5, 2009 to produce a copy of all documents, electronically stored information, and tangible things in the possession, custody, or control of the party that are relevant to liability related issues involved in this action.

SIGNED this 11th day of May, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE