IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NORTHEASTERN UNIVERSITY and JARG CORPORATION<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE INC.<br><br>    Defendant. | §<br>§<br>§<br>§<br>§  Case No. 2:07-CV-486-CE<br>§<br>§<br>§<br>§<br>§ |

## **NOTICE OF DISCLOSURE UNDER P.R. 4-1**

Plaintiffs Northeastern University and Jarg Corporation hereby give notice that they have complied with Patent Local Rule 4-1 and have served their required list of proposed terms and claim elements on Defendant's counsel of record via electronic mail on May 22, 2009.

Dated:  May 22, 2009

Respectfully submitted,

/s/ Stephen C. Stout
William B. Dawson (Tx Bar No. 05603600)
VINSON & ELKINS L.L.P.
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201-2975
Tel: (214) 220-7926
Fax: (214) 999-7926
E-mail: bdawson@velaw.com

David B. Weaver (TX Bar No. 00798576)
Christopher V. Ryan (TX Bar No. 24037412)
Michael Valek (TX Bar No.24044028)
R. Floyd Walker (TX Bar No. 24044751)
Stephen C. Stout (TX Bar No. 24060672)
Meredith J. Fitzpatrick (TX Bar No. 24059753)
VINSON & ELKINS L.L.P.
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Tel: (512) 542-8400
Fax: (512) 236-3338
E-mail: dweaver@velaw.com
cryan@velaw.com
mvalek@velaw.com
fwalker@velaw.com
sstout@velaw.com
mfitzpatrick@velaw.com

Otis W Carroll, Jr. (TX Bar No. 03895700)
Collin Maloney (TX Bar No. 00794219)
IRELAND CARROLL & KELLEY
6101 S Broadway, Suite 500
Tyler, TX 75703
Tel:  (903) 561-1600
Fax: (903) 581-1071
Email: Fedserv@icklaw.com

ATTORNEYS FOR PLAINTIFFS
NORTHEASTERN UNIVERSITY AND
JARG CORPORATION

## CERTIFICATE OF SERVICE

       The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 22nd day of May, 2009.

                                                           */s/* Stephen C. Stout
                                                           Stephen C. Stout