IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **NORTHEASTERN UNIVERSITY and JARG CORPORATION**<br><br>　　Plaintiffs,<br><br>v.<br><br>**GOOGLE, INC.**<br><br>　　Defendant. | **CIVIL ACTION NO. 2:07-CV-486-CE** |

**JOINT MOTION TO EXTEND TIME**

Plaintiffs Northeastern University and Jarg Corporation ("Plaintiffs") and Defendant Google Inc. ("Google") hereby jointly move this Court for an extension of time for the deadline to produce all liability related documents, an extension of time for the deadline for P. R. 4 disclosures and briefing, and an extension of time for discovery on claim construction issues.

As set forth in the Court's May 11, 2009 Order, "the parties are granted until and including June 5, 2009 to produce a copy of all documents, electronically stored information, and tangible things in the possession, custody, or control of the party that are relevant to liability related issues involved in this action." Dkt. No. 57. The parties seek a roughly one month extension—until July 2, 2009—of that deadline.

Both parties have been cooperating to aid in the identification of liability related materials and have made substantial progress in their production.

As set forth in the Court's August 21, 2008 Docket Control Order, the deadline for complying with P. R. 4-2 is June 12, 2009; the deadline for complying with P. R. 4-3 is July 10, 2009; the discovery deadline for claims construction issues is August 14, 2009; the deadline for

1

complying with P. R. 4-5(a) is September 4, 2009; the deadline for complying with P. R. 4-5(b) is October 2, 2009; and the deadline for complying with P.R. 4-5(c) is October 26, 2009. Dkt. No. 33. The parties seek a seven week extension of these deadlines as follows:

| | |
|---|---|
| December 14, 2009 | Comply with P.R. 4-5(c) |
| November 20, 2009 | Comply with P. R. 4-5(b). |
| October 23, 2009 | Comply with P. R. 4-5(a). |
| October 2, 2009 | Discovery deadline-claims construction issues. |
| August 28, 2009 | Comply with P. R. 4-3. |
| July 31, 2009 | Comply with P. R. 4-2. |

The extension will not affect the resolution of this matter – the claim construction hearing is not until October 6, 2010 – or other dates in the Court's Docket Control Order or Discovery Order.

Good cause exists for this Motion, and this Motion is not sought for purposes of delay.

Dated: June 4, 2009

/s/ Francis Albert
Michael E. Jones (TX Bar No. 10929400)
POTTER MINTON
110 N. College, Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846
mikejones@potterminton.com

Ruffin B. Cordell (TX Bar No. 04820550)
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, DC 20005-3500
Tel: (202) 783-5070
Fax: (202) 783-2331
cordell@fr.com

Jason W. Wolff
Francis Albert (*Admitted Pro Hac Vice*)
FISH & RICHARDSON, P.C.
12390 El Camino Real
San Diego, California 92130
Tel: (858) 678-5070
Fax: (858) 678-5099
wolff@fr.com

Howard G. Pollack (*Admitted Pro Hac Vice*)
Shelley Kay Mack (*Admitted Pro Hac Vice*)
Jerry T. Yen (CA Bar No. 247899)
FISH & RICHARDSON, P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Tel: 650.839.5070
Fax: 650.839.5071
pollack@fr.com
mack@fr.com
yen@fr.com

***Counsel for Defendant Google, Inc.***

Respectfully submitted,

/s/ Stephen C. Stout (by permission)
William B. Dawson (Tx Bar No. 05603600)
VINSON & ELKINS L.L.P.
3700 Trammel Crow Center
3001 Ross Avenue
Dallas, Texas 75201-2975
Tel: (214) 220-7926
Fax: (214) 999-7926
E-mail: bdawson@velaw.com

David B. Weaver (TX Bar No. 00798576)
Christopher V. Ryan (TX Bar No. 24037412)
Michael Valek (TX Bar No.24044028)
R. Floyd Walker (TX Bar No. 24044751)
Stephen C. Stout (TX Bar No. 24060672)
VINSON & ELKINS L.L.P.
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Tel: (512) 542-8400
Fax: (512) 236-3338
E-mail: dweaver@velaw.com
    cryan@velaw.com
    mvalek@velaw.com
    fwalker@velaw.com
    sstout@velaw.com

Otis W Carroll, Jr. (TX Bar No. 03895700)
Collin Maloney (TX Bar No. 00794219)
IRELAND CARROLL & KELLEY
6101 S Broadway, Suite 500
Tyler, TX 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
Email: Fedserv@icklaw.com

*Counsel for Plaintiffs Northeastern
University and Jarg Corporation*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 4, 2009. Any other counsel of record will be served by first class mail on this same date.

*/s/* Francis Albert
Francis Albert
