# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **NORTHEASTERN UNIVERSITY and JARG CORPORATION**<br><br>   Plaintiffs,<br><br>v.<br><br>**GOOGLE, INC.**<br><br>   Defendant. | **CIVIL ACTION NO. 2:07-CV-486-CE** |

## ORDER GRANTING JOINT MOTION TO EXTEND TIME

The Court, having considered the parties' Joint Motion to Extend Time, finds that this motion has merit and is hereby GRANTED. ORDERED that the following schedule of deadlines is in effect until further order of this court:

| | |
|---|---|
| December 14, 2009 | Comply with P.R. 4-5(c) |
| November 20, 2009 | Comply with P.R. 4-5(b). |
| October 23, 2009 | Comply with P.R. 4-5(a). |
| October 2, 2009 | Discovery deadline-claims construction issues. |
| August 28, 2009 | Comply with P.R. 4-3. |
| July 31, 2009 | Comply with P.R. 4-2. |
| July 2, 2009 | Produce a copy of all documents, electronically stored information, and tangible things in the possession, custody, or control of the party that are relevant to liability related issues involved in this action. |

SIGNED this 5th day of June, 2009.

                                                                 CHARLES EVERINGHAM IV
                                                                 UNITED STATES MAGISTRATE JUDGE