**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| NORTHEASTERN UNIVERSITY and JARG CORP., | |
| Plaintiffs, | Civil Action No. 2:07-CV-486 (TJW) |
| v. | **Jury Trial Demanded** |
| GOOGLE INC., | |
| Defendant. | |

## JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Pursuant to Eastern District of Texas Patent Rule 4-3, Plaintiffs Northeastern University and Jarg Corporation and Defendant Google Inc. hereby provide their Joint Claim Construction and Prehearing Statement.

**I.      AGREED CLAIM CONSTRUCTIONS**

The parties have met and conferred regarding their Rule 4-2 exchange and have agreed to the meaning of certain claim terms, phrases or clauses.  These terms, and their agreed meanings, are set forth in Exhibit A (attached).

**II.     DISPUTED CLAIM CONSTRUCTIONS**

With respect to those terms, phrases, or clauses on which the parties could not reach agreement, the parties have set forth their respective proposed constructions, including the intrinsic and extrinsic evidence relied upon in support thereof, in Exhibits B and C (attached). The parties reserve the right to rely on and rebut any evidence cited by any party.

**III.    ANTICIPATED LENGTH OF CLAIM CONSTRUCTION HEARING**

The parties believe that it would be appropriate for the Court to allocate two hours for the claim construction hearing, with one hour allocated to each side (including reserved rebuttal time).

Dockets.Justia.com

**IV. CLAIM CONSTRUCTION LIVE WITNESSES**

The parties do not anticipate calling live witnesses at the claim construction hearing.

**V. CLAIM CONSTRUCTION PREHEARING CONFERENCE**

The parties do not believe a claim construction prehearing conference is needed.

Dated:  August 28, 2009                    Respectfully submitted,

                                           VINSON & ELKINS L.L.P.


                          By:    /s/ Michael A. Valek
                                 William B. Dawson (TX Bar No. 05603600)
                                 VINSON & ELKINS L.L.P.
                                 2001 Ross Avenue, Suite 3700
                                 Dallas, Texas 75201-2975
                                 Telephone:  (214) 220-7926
                                 Facsimile:   (214) 999-7926
                                 E-mail: bdawson@velaw.com

                                 David B. Weaver (TX Bar No. 00798576)
                                 Christopher V. Ryan (TX Bar No. 24037412)
                                 Michael Valek (TX Bar No. 24044028)
                                 R. Floyd Walker (TX Bar No. 24044751)
                                 Stephen C. Stout (TX Bar No. 24060672)
                                 Meredith J. Fitzpatrick (TX Bar No. 24059753)
                                 VINSON & ELKINS L.L.P.
                                 2801 Via Fortuna, Suite 100
                                 Austin, Texas 78746
                                 Telephone:  (512) 542-8400
                                 Facsimile:  (512) 236-3338
                                 E-mail: dweaver@velaw.com
                                          cryan@velaw.com
                                          mvalek@velaw.com
                                          fwalker@velaw.com
                                          sstout@velaw.com
                                          mfitzpatrick@velaw.com

                                 Otis W. Carroll, Jr. (TX Bar No. 03895700)
                                 Collin Maloney (TX Bar No. 00794219)
                                 IRELAND CARROLL & KELLEY
                                 6101 S. Broadway, Suite 500
                                 Tyler, TX  75703
                                 Telephone:  (903) 561-1600
                                 Facsimile:   (903) 581-1071

                          Attorneys for Plaintiffs
                          NORTHEASTERN UNIVERSITY AND JARG
                          CORPORATION


                                    3

Dated:  August 28, 2009                    FISH & RICHARDSON P.C.


                                           By:  /s/ Shelley K. Mack
                                                _____
                                                Michael E. Jones (SBN 10929400)
                                                mikejones@potterminton.com
                                                POTTER MINTON
                                                A Professional Corporation
                                                110 N. College, Suite 500
                                                Tyler, TX 75702
                                                Telephone:  (903) 597-8311
                                                Facsimile:   (903) 593-0846

                                                Ruffin B. Cordell (SBN 04820550)
                                                cordell@fr.com
                                                FISH & RICHARDSON P.C.
                                                1425 K Street, N.W., 11th Floor
                                                Washington, DC 20005-3500
                                                Telephone:  (202) 783-5070
                                                Facsimile:   (202) 783-2331

                                                Jason W. Wolff (CA SBN 215819)
                                                wolff@fr.com
                                                FISH & RICHARDSON P.C.
                                                12390 El Camino Real
                                                San Diego, CA  92130
                                                Telephone:  (858) 678-5070
                                                Facsimile:   (858) 678-5099

                                                Howard G. Pollack (*Admitted Pro Hac Vice*)
                                                pollack@fr.com
                                                Shelley K. Mack (*Admitted Pro Hac Vice*)
                                                mack@fr.com
                                                Jerry T. Yen (CA SBN 247988)
                                                yen@fr.com
                                                FISH & RICHARDSON P.C.
                                                500 Arguello Street, Suite 500
                                                Redwood City, CA 94063
                                                Telephone:  (650) 839-5070
                                                Facsimile:   (650) 839-5071

                                           Attorneys for Defendant
                                           GOOGLE INC.


                                    4

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 18th day of December, 2008.

*/s/* Michael A. Valek

Michael A. Valek