IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **NORTHEASTERN UNIVERSITY and JARG CORPORATION** | |
| **Plaintiffs,** | Civil Action No. 2:07-CV-486- CE |
| v. | **Jury Trial Demand** |
| **GOOGLE INC.** | |
| **Defendant.** | |

## JOINT MOTION TO EXTEND TIME

Plaintiffs Northeastern University and Jarg Corporation ("Plaintiffs") and Defendant Google Inc. ("Google") hereby jointly move this Court for an extension of time for the deadlines for P.R. 4-5 claim construction briefing.

As set forth in the Court's June 5, 2009 Order Granting Joint Motion to Extend Time, the deadline for complying with P.R. 4-5(a) is October 23, 2009; the deadline for complying with P.R. 4-5(b) is November 20, 2009; and the deadline for complying with P.R. 4-5(c) is December 14, 2009. Dkt. No. 60. The parties seek a three week extension of these deadlines as follows:

| | |
|---|---|
| November 13, 2009 | Comply with P.R. 4-5(a) |
| December 11, 2009 | Comply with P.R. 4-5(b) |
| January 7, 2010 | Comply with P.R. 4-5(c) |

The requested extension will not affect the resolution of this matter – the claim construction hearing is not until October 6, 2010 – or any other dates in the Court's August 21, 2008 Docket Control Order, August 21, 2008 Discovery Order, or June 5, 2009 Order Granting Joint Motion to Extend Time.

JOINT MOTION TO EXTEND TIME- Page 1

Good cause exists for this Motion, and this Motion is not sought for purposes of delay.

Dated:  October 15, 2009                    Respectfully submitted,

By: /s/ *Shelley K. Mack*
Michael E. Jones (SBN 10929400)
mikejones@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500
Tyler, TX 75702
Telephone:  (903) 597-8311
Facsimile:   (903) 593-0846

Ruffin B. Cordell (SBN 04820550)
cordell@fr.com
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, DC 20005-3500
Telephone:  (202) 783-5070
Facsimile:   (202) 783-2331

Jason W. Wolff (CA SBN 215819)
wolf@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile:   (858) 678-5099

Howard G. Pollack (*Admitted Pro Hac Vice*)
pollack@fr.com
Shelley K. Mack (*Admitted Pro Hac Vice*)
mack@fr.com
Jerry T. Yen (CA SBN 247988)
yen@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone:  (650) 839-5070
Facsimile:   (650) 839-5071

Attorneys for Defendant
GOOGLE INC.

Dated: October 15, 2009                           Respectfully submitted,

By: */s/ Stephen C. Stout* (by permission)
    William B. Dawson (SBN 05603600)
    bdawson@velaw.com
    VINSON & ELKINS L.L.P.
    3700 Trammel Crow Center
    3001 Ross Avenue
    Dallas, TX 75201-2975
    Telephone: (214) 220-7926
    Facsimile: (214) 999-7926

    David B. Weaver (SBN 00798576)
    dweaver@velaw.com
    Christopher V. Ryan (SBN 24037412)
    cryan@velaw.com
    Michael Valek (SBN 24044028)
    mvalek@velaw.com
    R. Floyd Walker (SBN 24044751)
    fwalker@velaw.com
    Stephen C. Stout (SBN 24060672)
    sstout@velaw.com
    VINSON & ELKINS L.L.P.
    2801 Via Fortuna, Suite 100
    Austin, TX 78746
    Telephone: (512) 542-8400
    Facsimile: (512) 236-3338

    Otis W Carroll, Jr. (SBN 03895700)
    Fedserv@icklaw.com
    Collin Maloney (SBN 00794219)
    Fedserv@icklaw.com
    IRELAND CARROLL & KELLEY
    6101 S Broadway, Suite 500
    Tyler, TX 75703
    Telephone: (903) 561-1600
    Facsimile: (903) 581-1071

    Counsel for Plaintiffs
    NORTHEASTERN UNIVERSITY AND
    JARG CORPORATION

50678521.doc

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 15, 2009. Any other counsel of record will be served by first class mail on this same date.

*/s/ Shelley K. Mack*
Shelley K. Mack

50678521.doc