# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **NORTHEASTERN UNIVERSITY and JARG CORPORATION**     **Plaintiffs,** <br><br> v. <br><br> **GOOGLE INC.**     **Defendant.** | **07-cv-00486-TJW-CE** |

## ORDER GRANTING JOINT MOTION TO EXTEND TIME

The Court, having considered the parties' Joint Motion to Extend Time, finds that this motion has merit and is hereby GRANTED.

IT IS ORDERED that the following schedule of deadlines is in effect until further order of this court:

| | |
|---|---|
| November 13, 2009 | Comply with P.R. 4-5(a) |
| December 11, 2009 | Comply with P.R. 4-5(b) |
| January 7, 2010 | Comply with P.R. 4-5(c) |

50678523.doc

ORDER GRANTING JOINT MOTION TO EXTEND TIME - Page 1