IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NORTHEASTERN UNIVERSITY and JARG CORPORATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>GOOGLE INC.,<br><br>*Defendant*. | §<br>§<br>§<br>§<br>§ Case No. 2:07-CV-486-TJW<br>§<br>§<br>§<br>§<br>§ |

## NOTICE OF APPEARANCE

Plaintiffs Northeastern University and Jarg Corporation file this notice of appearance to apprise the Court that David P. Blanke (dblanke@velaw.com), David R. Woodcock, Jr. (dwoodcock@velaw.com), and Zeke DeRose, III (zderose@velaw.com), of Vinson & Elkins LLP, 2801 Via Fortuna, Suite 100, Austin, Texas 78746, are appearing as counsel for the plaintiffs. All pleadings, discovery, correspondence and other material should be served upon them at the mail and e-mail addresses above.

Dated: October 16, 2009                    Respectfully submitted,

/s/ David P. Blanke

| | |
|---|---|
| Otis W. Carroll, Jr. (TX Bar No. 03895700) | David B. Weaver (TX Bar No. 00798576) |
| Collin Maloney (TX Bar No. 00794219) | David P. Blanke (TX Bar No. 02453600) |
| IRELAND CARROLL & KELLEY | David R. Woodcock, Jr. (TX Bar No. 24028140) |
| 6101 S. Broadway, Suite 500 | Christopher V. Ryan (TX Bar No. 24037412) |
| Tyler, Texas 75703 | Michael A. Valek (TX Bar No. 24044028) |
| Tel: 903.561.1600 | Meredith J. Fitzpatrick (TX Bar No. 24059753) |
| Fax: 903.581.1071 | R. Floyd Walker (TX Bar No. 24044751) |
| fedserv@icklaw.com | Stephen C. Stout (TX Bar No. 24060672) |
| | Zeke DeRose, III (TX Bar No. 24057421 |
| MIKE C. MILLER, P.C. | VINSON & ELKINS L.L.P. |
| 201 W. Houston St., P.O. Drawer 1249 | 2801 Via Fortuna, Suite 100 |
| Marshall, Texas 75671-1249 | Austin, Texas 78746 |
| Tel: 903.938.4395 | Tel: 512.542.8400 |
| Fax: 903.938.3360 | Fax: 512.236.3338 |
| maizieh@millerfirm.com | dweaver@velaw.com |
| | dblanke@velaw.com |
| | dwoodcock@velaw.com |
| | cryan@velaw.com |
| | mvalek@velaw.com |
| | mfitzpatrick@velaw.com |
| | fwalker@velaw.com |
| | sstout@velaw.com |
| | zderose@velaw.com |

William B. Dawson (TX Bar No. 05603600)
VINSON & ELKINS L.L.P.
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201-2975
Tel: 214.220.7926
Fax: 214.999.7926
wdawson@velaw.com

*Attorneys for Plaintiffs Northeastern University and Jarg Corporation*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to FED. R. CIV. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 16th day of October, 2009.

/s/ David P. Blanke
David P. Blanke