# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NORTHEASTERN UNIVERSITY and JARG CORPORATION<br><br>**Plaintiffs,**<br><br>v.<br><br>**GOOGLE INC.**<br><br>**Defendant.** | Civil Action No. 2:07-CV-486- CE<br><br>**Jury Trial Demand** |

## JOINT MOTION TO EXTEND TIME

Plaintiffs Northeastern University and Jarg Corporation ("Plaintiffs") and Defendant Google Inc. ("Google") hereby jointly move this Court for an extension of time for the deadlines for the exchange of privilege logs and notifying the Court of any objections to privilege logs.

As set forth in the Discovery Order (Docket No. 32), the deadline for the parties to notify the Court that there are no disputes concerning privileged documents is November 6, 2009. However, damages-related discovery is contemplated to continue until May 7, 2010. In contrast to the Discovery Order, the Docket Control Order (Docket No. 33) provides that the parties update privilege logs by May 7, 2010, or provide a letter to the Court stating that there are no disputes concerning privileged documents by this date. The parties seek to make the Discovery Order and Docket Control Order consistent with the following changes:

| | |
|---|---|
| May 27, 2010 | Deadline for exchanging updates of Privilege Logs |
| June 17, 2010 | Deadline to notify the Court that there are no disputes concerning privileged documents. |

JOINT MOTION TO EXTEND TIME- Page 1

Good cause exists for this Motion, and this Motion is not sought for purposes of delay.

Dated: October 27, 2009

Respectfully submitted,

By: /s/ *Shelley K. Mack*
Michael E. Jones (SBN 10929400)
mikejones@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500
Tyler, TX 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

Ruffin B. Cordell (SBN 04820550)
cordell@fr.com
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, DC 20005-3500
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Jason W. Wolff (CA SBN 215819)
wolf@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Howard G. Pollack (*Admitted Pro Hac Vice*)
pollack@fr.com
Shelley K. Mack (*Admitted Pro Hac Vice*)
mack@fr.com
Jerry T. Yen (CA SBN 247988)
yen@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Defendant
GOOGLE INC.

/ / /

Dated: October 27, 2009　　　　　　　　　　Respectfully submitted,

By: */s/ Stephen C. Stout* (by permission)
　　William B. Dawson (SBN 05603600)
　　bdawson@velaw.com
　　VINSON & ELKINS L.L.P.
　　3700 Trammel Crow Center
　　3001 Ross Avenue
　　Dallas, TX 75201-2975
　　Telephone: (214) 220-7926
　　Facsimile: (214) 999-7926

　　David B. Weaver (SBN 00798576)
　　dweaver@velaw.com
　　Christopher V. Ryan (SBN 24037412)
　　cryan@velaw.com
　　Michael Valek (SBN 24044028)
　　mvalek@velaw.com
　　R. Floyd Walker (SBN 24044751)
　　fwalker@velaw.com
　　Stephen C. Stout (SBN 24060672)
　　sstout@velaw.com
　　VINSON & ELKINS L.L.P.
　　2801 Via Fortuna, Suite 100
　　Austin, TX 78746
　　Telephone: (512) 542-8400
　　Facsimile: (512) 236-3338

　　Otis W Carroll, Jr. (SBN 03895700)
　　Fedserv@icklaw.com
　　Collin Maloney (SBN 00794219)
　　Fedserv@icklaw.com
　　IRELAND CARROLL & KELLEY
　　6101 S Broadway, Suite 500
　　Tyler, TX 75703
　　Telephone: (903) 561-1600
　　Facsimile: (903) 581-1071

　　Counsel for Plaintiffs
　　NORTHEASTERN UNIVERSITY AND
　　JARG CORPORATION

50680449.doc

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 27, 2009. Any other counsel of record will be served by first class mail on this same date.

> */s/ Shelley K. Mack*
> Shelley K. Mack

50680449.doc