# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NORTHEASTERN UNIVERSITY and JARG CORPORATION<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE INC.<br><br>Defendant. | Civil Action No. 2:07-CV-486- CE<br><br>Jury Trial Demand |

## ORDER GRANTING JOINT MOTION TO EXTEND TIME

The Court, having considered the parties' Joint Motion to Extend Time, finds that this motion has merit and is hereby GRANTED. IT IS ORDERED that the following schedule of deadlines is in effect until further order of this court:

| | |
|---|---|
| May 27, 2010 | Deadline for exchanging updates of Privilege Logs. |
| June 17, 2010 | Deadline to notify the Court that there are no disputes concerning privileged documents. |

SIGNED this 30th day of October, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE