IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NORTHEASTERN UNIVERSITY and JARG CORPORATION, <br><br> *Plaintiffs*, <br><br> v. <br><br> GOOGLE INC., <br><br> *Defendant*. | § § § § § § § § § § § |

Case No. 2:07-CV-486-TJW

## NOTICE OF APPEARANCE

Plaintiffs Northeastern University and Jarg Corporation file this notice of appearance to apprise the Court that David R. Woodcock, Jr. (dwoodcock@velaw.com), of Vinson & Elkins LLP, 2801 Via Fortuna, Suite 100, Austin, Texas 78746, is appearing as counsel for the plaintiffs. All pleadings, discovery, correspondence and other material should be served upon him at the mail and e-mail addresses above.

Dated: October 30, 2009                                     Respectfully submitted,


                                                            /s/ David R. Woodcock, Jr.
Otis W. Carroll, Jr. (TX Bar No. 03895700)                  David B. Weaver (TX Bar No. 00798576)
Collin Maloney (TX Bar No. 00794219)                        David P. Blanke (TX Bar No. 02453600)
IRELAND CARROLL & KELLEY                                    David R. Woodcock, Jr. (TX Bar No. 24028140)
6101 S. Broadway, Suite 500                                 Christopher V. Ryan (TX Bar No. 24037412)
Tyler, Texas 75703                                          Michael A. Valek (TX Bar No.24044028)
Tel: 903.561.1600                                           Meredith J. Fitzpatrick (TX Bar No. 24059753)
Fax: 903.581.1071                                           R. Floyd Walker (TX Bar No. 24044751)
fedserv@icklaw.com                                          Stephen C. Stout (TX Bar No. 24060672)
                                                            Zeke DeRose, III (TX Bar No. 24057421
                                                            VINSON & ELKINS L.L.P.
                                                            2801 Via Fortuna, Suite 100
                                                            Austin, Texas 78746
                                                            Tel: 512.542.8400
                                                            Fax: 512.236.3338
                                                            dweaver@velaw.com
                                                            dblanke@velaw.com
                                                            dwoodcock@velaw.com
                                                            cryan@velaw.com
                                                            mvalek@velaw.com
                                                            mfitzpatrick@velaw.com
                                                            fwalker@velaw.com
                                                            sstout@velaw.com
                                                            zderose@velaw.com

                                                            William B. Dawson (TX Bar No. 05603600)
                                                            VINSON & ELKINS L.L.P.
                                                            2001 Ross Avenue, Suite 3700
                                                            Dallas, Texas 75201-2975
                                                            Tel: 214.220.7926
                                                            Fax: 214.999.7926
                                                            wdawson@velaw.com

                                                            *Attorneys for Plaintiffs Northeastern University
                                                            and Jarg Corporation*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to FED. R. CIV. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 30th day of October, 2009.

/s/ David R. Woodcock, Jr.
David R. Woodcock, Jr.
