EXHIBIT D

Dockets.Justia.com

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE UNABRIDGED

A Merriam-Webster
REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF

PHILIP BABCOCK GOVE, Ph.D.

AND

THE MERRIAM-WEBSTER

EDITORIAL STAFF

KÖNEMANN



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 1993 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

*All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.*

THIS REPRINT EDITION AUTHORIZED BY
MERRIAM-WEBSTER, INCORPORATED,
SPRINGFIELD, MASS., USA

PUBLISHED BY
KÖNEMANN VERLAGSGESELLSCHAFT MBH
BONNER STR. 126 D-50968 COLOGNE

PRODUCTION: URSULA SCHÜMER
PRINTING AND BINDING: PARZELLER, FULDA
PRINTED IN GERMANY

ISBN 3-8290-5292-8

10 9 8 7 6 5 4 3 2 1

troublesome ways ⟨rockets and guided missiles are much too ~ to be tested anywhere near a thickly populated area —*Time*⟩ ⟨loudspeakers remain the most ~ of all high-fidelity components —J.M.Conly⟩ **3 a :** QUARRELSOME, CONTRARY ⟨at the beginning the crowd was captious and ~, owing to delays and bad arrangements —Arnold Bennett⟩ **b :** PEEVISH, IRRITABLE ⟨a ~ child⟩ ⟨like a ~ mother hen rounding up a brood of willful chicks —H.J.Higdon⟩ **syn** see IRRITABLE

**frac·tious·ly** *adv* : in a fractious manner

**frac·tious·ness** *n* -ES : the quality or state of being fractious

**fracto-** *comb form* [L *fractus*] : broken up and ⟨*fracto*cumulus⟩ : fracture ⟨*fracto*graph⟩

**frac·to·graph** \'fraktə,graf\ *n* [*fracto-* + *-graph*] : a fractographic photograph

**frac·to·graph·ic** \,==ˈgrafik\ *adj* : of, used in, or relating to fractography — **frac·to·graph·i·cal·ly** \-fək(ə)lē\ *adv*

**frac·tog·ra·phy** \frak'tägrəfē\ *n* -ES [*fracto-* + *-graphy*] : the microscopic study of fractured surfaces of metals at high magnification

¹**fractur** *usu cap, var of* FRAKTUR

²**frac·tur** \frük'tü(ə)r, -üə\ *or* **fractur painting** *also* **fraktur** \"\ *or* **fraktur painting** *n* -S [PaG *fraktur*, fr. G *fraktur* (formerly spelled *fractur*), a Gothic script — more at FRAKTUR] : illuminated writing featuring decorative motifs (as tulips, birds, and scrolls) and used by Pennsylvania Germans on documents (as wedding, birth, and baptismal certificates) often framed and hung

**frac·tur·able** \'frakchərəbəl, -ksh-\ *adj* : capable of being fractured : BREAKABLE

**frac·tur·al** \-kchərəl, -ksh(ə)rəl\ *adj* : of, relating to, being, or due to fracture

¹**frac·ture** \'frakchə(r), -ksh-\ *n* -S [ME, fr. L *fractura*, fr. *fractus* (past part. of *frangere* to break) + *-ura* -ure — more at BREAK] **1 a :** the act or process of breaking or the state of being broken : rupture by a break through the entire thickness of a material : BREACH; *specif* : the breaking of hard tissue (as a bone, tooth, or cartilage) **b :** the rupture (as by tearing) of soft tissue ⟨kidney ~⟩ **2 :** the product or result of fracturing : BREAK, CRACK, CLEFT **3 :** the texture or general appearance of the freshly broken surface of a mineral ⟨a rock with a conchoidal ~⟩ **4 :** BREAKING 1

²**fracture** \"\ *vb* **fractured; fractured; fracturing** \-kchəriŋ, -ksh(ə)r-\ **fractures** *vt* **1 a :** to cause a fracture in : BREAK ⟨~ a rib⟩ ⟨the bump in the road *fractured* a spring on the car⟩ **b :** RUPTURE, TEAR, LACERATE ⟨a blow that *fractured* a kidney⟩ **2 a :** to damage or destroy as if by rupturing or tearing apart ⟨~ the newfound unity of the two parties⟩ ⟨may seriously ~ himself as he tries to patch up the rifts in the ... party —Sidney Hyman⟩ **b :** to break into pieces : cause great disorder in ⟨a scream that *fractured* the peace of the night⟩ ⟨conspiracy to ~ their sensibilities —*Time*⟩ **c :** to break up : FRACTIONATE ⟨by *fracturing* and dispersing senatorial power —W.V.Shannon⟩ ⟨most world movements and agencies ... have been *fractured* or assimilated by national interests in one way or another —Liston Pope⟩ **d :** to show disregard for (as a law or rule) : VIOLATE ⟨declared the principle of the separation of church and state *fractured* by the agreement⟩ ⟨he *fractured* many of the laws of probability —Sheldon Cheney⟩ ~ *vi* : to undergo fracture : break esp. through a total thickness ⟨under the blow the thighbone *fractured*⟩

**fracture cleavage** *n* : geologic cleavage independent of the orientation of mineral grains but due to the presence of many closely spaced fractures or incipient fractures

**fracture plane** *n* : a point in an arthropod appendage that is modified for the ready occurrence of autotomy (as by the presence of special muscles and mechanisms to prevent loss of body fluid)

**frad·i·cin** \'fradəsən\ *n* -S [NL *fradia* (specific epithet of *Streptomyces fradiae*) + E *-cin* (as in *actinomycin*)] : a crystalline antibiotic active against fungi that is produced by an actinomycete (*Streptomyces fradiae*) — compare NEOMYCIN

**frae** \'frā\ *prep* [ME (northern dial.) *fra*, *frae*, *fro*, fr. ON *frā* — more at FROM] *Scot* : FROM

**fraenulum** *var of* FRENULUM

**fraenum** *var of* FRENUM

**frag** \'frag\ *n* -S [by shortening] : FRAGMENTATION BOMB

**frag** *abbr* **1** fragile **2** fragment; fragmentation

**fra·gar·ia** \frə'ga(a)rēə\ *n*, *cap* [NL, fr. L *fragum* strawberry + NL *-aria*] : a small genus of low perennial herbs (family Rosaceae) that comprise the strawberries, have trifoliate leaves, cymose white flowers, and long slender runners, and are represented in cultivation mainly by horticultural forms derived from several wild species (as *F. vesca*, *F. virginiana*, *F. chiloensis*, *F. moschata*) and including many hybrids of these — see CHILEAN STRAWBERRY, STRAWBERRY, WOOD STRAWBERRY

**fra·ge** \'frägə, 'fräg\ *n* -S [G, lit., question, fr. OHG *frāga* — more at PRAY] : the lowest bid in a card game (as frog or skat)

**frag·i·lar·ia** \,frajə'la(a)rēə\ *n*, *cap* [NL, fr. L *fragilis* frail + NL *-aria*] : a genus (the type of the family Fragilariaceae of the order Pennales) of rectangular diatoms forming irregular colonies

**frag·ile** \'frajəl, *US also & Brit usu* -a,jīl\ *adj* [MF, fr. L *fragilis* — more at FRAIL] **1 a :** easily broken or destroyed : FRAIL ⟨the ~ stem of the tall flower⟩ ⟨a person of ~ moral convictions⟩ **b :** delicate of constitution or of health : barely able or unable to endure without harm the normal day-to-day physical demands of existence : unusually susceptible to ill health or physical harm ⟨a ~ and tottering old man⟩ ⟨too ~ to stand the Vermont winter —Sinclair Lewis⟩ **c :** giving the impression of or having qualities suggesting someone that is fragile of body or health ⟨a ~ soprano⟩ ⟨a ~ gesture⟩ ⟨~ hands⟩ **2 a :** WEAK, TENUOUS, UNSUBSTANTIAL ⟨a ~ connection with great men⟩ ⟨the ground of his faith ... seemed to me so ~ —H.J.Laski⟩ **b :** thin and transparent ⟨a ~ skin⟩ : extremely light and evanescent ⟨a ~ tone⟩ : DIAPHANOUS ⟨a ~ taffeta⟩ **c :** extremely subtle or fine : calling for an extremely fine perception ⟨a ~ wine⟩ ⟨the tantalizing, ~ taste of fresh blue crab —Hugh Cave⟩ **d :** SHORT-LIVED, EVANESCENT ⟨a ~ moment⟩ **syn** see WEAK

**fragile fern** *n* : a delicate fern (*Cystopteris fragilis*) widely distributed in Europe, Asia, and No. America with 2 or 3 thin pinnatifid fronds, creeping rootstocks, and slender brittle stems — called also *brittle fern*

**frag·ile·ly** \-əl(l)ē, -īllē, -i\ *adv* : in a fragile manner

**fra·gil·i·tas os·si·um** \frə'jilə,tas'äsēəm\ *n* [NL, lit., fragility of bones] : a familial disease marked by extreme brittleness of the long bones and a bluish color of the whites of the eyes

**fra·gil·i·ty** \frə'jiləd·ē, -ətē, -i\ *n* -ES [ME *fragilite*, fr. MF *fragilite*, fr. L *fragilitat-*, *fragilitas*, fr. *fragilis* + *-itat-*, *-itas* -ity] **1 :** the quality or state of being fragile ⟨the extreme ~ of public order —G.W.Johnson⟩ ⟨most men's touching illusion as to the frailness of women and their spiritual ~ —Joseph Conrad⟩ ⟨worried because of the ~ of the vase⟩ **2 :** something fragile ⟨rooms ... heavy with *fragilities* —Natacha Stewart⟩

**fragility test** *n* : a test of the relative fragility of red blood cells made by exposing them to hypotonic solutions and determining the point at which they rupture

**fra·gil·o·cyte** \frə'jilə,sīt\ *n* -S [L *fragilis* + E *-o-* + *-cyte*] : an exceptionally fragile red blood cell (as in congenital hemolytic jaundice)

**fra·gil·o·cy·to·sis** \frə,jilō(,)sī'tōsəs\ *n*, *pl* **fragilocyto·ses** \-'tō,sēz\ [NL, fr. ISV *fragilocyte* + NL *-osis*] : an abnormal state characterized by the presence of fragilocytes in the blood

¹**frag·ment** \'fragmənt\ *n* -S [ME, fr. L *fragmentum*, fr. *frag-* (stem of *frangere* to break) + *-mentum* -ment — more at BREAK] **1 :** a part broken off : a small detached portion : an imperfect or incomplete part ⟨pieces of pottery and ~s that can be reconstructed —*Amer. Guide Series: N.J.*⟩ ⟨enchanting ~s of Irish life —John McNulty⟩ ⟨only ~s remain of the covered-wagon ballads —*Amer. Guide Series: Oregon*⟩ **2 :** something that is small and usu. insignificant ⟨a ~ of silence —Guy Fowler⟩ **syn** see PART

²**frag·ment** \'frag,ment, =ˈ=\ *vb* -ED/-ING/-S *vi* : to break into fragments : FRAGMENTIZE ⟨the vase fell and ~ed into small pieces⟩ ⟨this pluralized and ~*ing* society —Walter Lippmann⟩ ~ *vt* : to break or divide into disorganized or not unified pieces ⟨a foreign policy that is ~*ed* rather than organized to a focal purpose⟩ ⟨an old woman's ~*ed* memory —Meridel Le Sueur⟩; *esp* : to destroy by such breaking or dividing up ⟨the remaining hopes of control of weapons have been ~*ed* by the new bomb —M.W.Straight⟩

**frag·men·tal** \(ˈ)frag¦ment³l\ *adj* : FRAGMENTARY : consisting of fragmentary or detrital material (as conglomerate, sandstone, shale, or tuff) — compare CLASTIC 2 — **frag·men·tal·ly** \-³lē\ *adv*

**frag·men·tal·ize** \frag'ment³l,īz\ *vt* -ED/-ING/-S : FRAGMENTIZE ⟨his rapid oscillations of style and plot . . . ~ the American myth and destroy the cohesiveness of the allegory —Harvey Swados⟩

**frag·men·tar·i·ly** \¦fragmən·¦terəlē, -li\ *adv* : in a fragmentary manner ⟨the dim light penetrated only ~ into the drifting mist⟩

**frag·men·tar·i·ness** \-rēnəs, -rin-\ *n* -ES : the quality or state of being fragmentary ⟨the ~ of our approach and the unsystematic nature of our categories —Anna G. Hatcher⟩ ⟨exasperated by the ~ of the facts at my disposal —W.S.Maugham⟩

**frag·men·ta·rism** \'fragməntə,rizəm\ *n* -S [*fragmentary* + *-ism*] : FRAGMENTARINESS

**frag·men·tary** \'fragmən·,terē, -ri\ *adj* **1 :** consisting of or composed of fragments ⟨large leg bones, and other ~ remains of an elephant —*Amer. Guide Series: Nev.*⟩ ⟨the sampling of most authors is necessarily ~ —Uriel Weinreich⟩ ⟨historical links between certain of the more ~ letters —Robert Lawrence⟩ : consisting of disconnected and incomplete parts ⟨had only a ~ education⟩ : INCOMPLETE, PARTIAL ⟨gave only a ~ account of the incident⟩ ⟨~ and inconclusive knowledge —*Current Biog.*⟩ ⟨this viewpoint may prove to be optimistic, but ~ evidence so far has not suggested that it is —J.A.Morris b. 1904⟩ : DISORGANIZED ⟨our approach to the problem is still ~ —*N.Y.Times*⟩ ⟨we need wholeness, but he is ~ —E.R.Bentley⟩ **2 :** dealing in or being only a fragment of a whole ⟨every ~ science of man, such as economics —Edward Sapir⟩ **3 :** FRAGMENTAL

**frag·men·tate** \-,tāt\ *vb* -ED/-ING/-S [back-formation fr. *fragmentation*] : to break into pieces esp. explosively : FRACTIONATE, FRAGMENTIZE ⟨they were sure the master rods on the engines were all *fragmentating* —David Beaty⟩ ⟨permits the . . . artist to ~ a single small idea into a limitless string of daily episodes —C.W.Morton⟩

**frag·men·ta·tion** \,==ˈtāshən\ *n* -S [F, fr. *fragmenter* to divide into fragments (fr. *fragment*, n., fr. L *fragmentum*) + *-ation*] **1 :** the act or process of fragmentating or fractionating or the state of being fragmentated or fractionated ⟨the constant ~ of landholdings —J.H.Steward⟩ ⟨cried for the ~ of India —*Time*⟩ ⟨the growing ~ of the corporation into a multitude of divisions and departments —W.H.Whyte⟩ : the act or process of making fragmentary or the state of becoming or being fragmentary ⟨the contemporary pursuit of brevity, with its inevitable consequence of ~, in all fields of communication is alarming —F.L.Mott⟩ ⟨the ~ of the past was to be overcome by integration —*Amer. Anthropologist*⟩; *esp* : a shattering into numerous and widely scattered fragments (as of a fragmentation bomb) **2 :** the fragments from the fragmentation of a shell, grenade, or bomb ⟨the explosion rained ~ all about them⟩ **3 :** disorganization of mind or behavior : a breakdown of the usual pattern of thought or action

**fragmentation bomb** *or* **fragmentation shell** *n* : a bomb or shell whose relatively thick casing is splintered upon explosion and thrown in fragments in all directions at high speed and temperature

**frag·ment·ist** \'fragməntəst\ *n* -S [G, fr. *fragment* (fr. L *fragmentum*) + *-ist*] : a writer of a literary fragment

**frag·ment·iza·tion** \,fragməntə'zāshən\ *n* -S : the act or process of fragmentizing or the state of being fragmentized ⟨up in arms against a ~ of their native land —Sidney Wallach⟩

**frag·ment·ize** \'fragmən·,tīz\ *vb* -ED/-ING/-S *vt* : to break up or apart or into pieces, sections, or fragments : FRACTION, FRACTIONATE 1b ⟨the barriers of race, color, nationality, economic strife, religious belief, and political ideology which ~ our world —*Christian Science Monitor*⟩ ~ *vi* : to fall apart : break up or separate into pieces, parts, or fragments ⟨watched the bridge ~ before his eyes⟩

**fra·grance** \'frāgrən(t)s\ *n* -S [F or L; F, fr. L *fragrantia*, fr. *fragrant-*, *fragrans* + *-ia* -y] **1 :** the quality or state of having a sweet or pleasing odor : sweetness or pleasantness of smell ⟨the ~ of flowers⟩ ⟨the ~ of balsam⟩ **2 a :** a sweet smell or pleasing odor esp. delicate or evanescent ⟨a ~ not unpleasant to the nostrils⟩ **b :** the odor of perfume, cologne, or toilet water ⟨as close as ~ clings to a woman's robe —John Galsworthy⟩ **3 a :** a quality resembling a perfume (as in pleasantness, delicacy, or evanescence or in seeming to be an emanation) ⟨a relationship that gave something of ~ to an occupation much in need of it —L.C.Douglas⟩ ⟨she inhaled the sharp ~ of those days —Maurice Hewlett⟩ ⟨to handle a first edition of Montaigne . . . was not without its poetic ~ —H.J.Laski⟩ **b :** something having such a quality ⟨literature represents the ~ of culture —W.P.Webb⟩

**syn** FRAGRANCE, PERFUME, SCENT, INCENSE, REDOLENCE, and BOUQUET agree in signifying a sweet or pleasant odor. FRAGRANCE usu. suggests the odor of flowers or a like pleasing and usu. delicate emanation ⟨the soft wind from across the bayou brought in the garden *fragrance* —Stark Young⟩ ⟨their subtle *fragrance* of sandalwood, aloes, musk, cassia, and sweet calamus —Elinor Wylie⟩ ⟨none can resist the *fragrance* of pines, firs, and spruces in the forest —A.C.Morrison⟩ PERFUME differs little from FRAGRANCE except in possibly suggesting a less delicate odor and commonly implying the odor of a liquid specially manufactured to emit it ⟨the *perfume* of lilies had overcome the scent of books —John Galsworthy⟩ ⟨the strong *perfume* of orange blossoms⟩ ⟨her *perfume* was heavy and cloying⟩ SCENT in being often interchangeable with *odor* is more neutral in its connotations than FRAGRANCE or PERFUME, but in being also often interchangeable with PERFUME, esp. in British use, can apply to the fragrance as of flowers or any delicately perceived, usu. pleasant, odor ⟨the still nights in the small harbors, with a *scent* of seaweed abroad —William Black⟩ ⟨the *scent* of the apples —Robert Frost⟩ ⟨a delicate *scent* of apricots lingered in the flask at his side —Elinor Wylie⟩ INCENSE applies to the agreeably odorous smoke of burning spices or aromatic gums or to any similar penetrating odor, often, because of the association of incense with religious rites, suggesting a spiritually uplifting effect ⟨*incense*-breathing morn —Thomas Gray⟩ ⟨the *incense* of mown fields⟩ REDOLENCE now usu. suggests a mixture of fragrant, often pungent odors ⟨the *redolence* of the forest⟩ ⟨the kitchen *redolence* of Christmas cooking and baking⟩ BOUQUET in this comparison commonly applies to the distinctive and esp. delicate and agreeable odor of a good wine or liquor but can extend to any odor, as of a food, suggesting this ⟨some of the vocabulary of the winetaster has crept in, like the word *bouquet*, which means smell or scent, and yet is more descriptive of what the nose gets from a wine than either smell or scent —Mary Mabon⟩ ⟨duck that has been hung a long time, so you can smell the *bouquet* —*Time*⟩ ⟨the grateful smell of cooking pork grew every moment more perfect in *bouquet* —Ethel Anderson⟩

**fra·gran·cy** \-nsē, -si\ *n* -ES [L *fragrantia*] *archaic* : FRAGRANCE

**fra·grant** \-nt\ *adj* [ME *fragraunt*, fr. L *fragrant-*, *fragrans*, pres. part. of *fragrare* to give off an odor, be fragrant; akin to MHG *bræhen* to smell] : having a fragrance : marked by fragrance ⟨an air ~ with sweetest flowers —H.O.Taylor⟩ ⟨fresh and ~ as meadow hay —Herman Melville⟩ ⟨my sojourn in the garden of Africa has left so many ~ memories —R.S.B. Baker⟩ ⟨people talk of matters which . . . communicate a rich color, a ~ sentiment to them —A.C.Benson⟩ — **fra·grant·ly** *adv* — **fra·grant·ness** *n* -ES

**fragrant balm** *n* : **1 :** OSWEGO TEA **2 :** BEE BALM 2b

**fragrant bedstraw** *n* : a bedstraw (*Galium triflorum*) that has small white flowers and is fragrant when drying

**fragrant goldenrod** *n* : BLUE MOUNTAIN TEA

**fragrant shield fern** *or* **fragrant cliff fern** *or* **fragrant wood fern** *n* : a stout pinnate-leaved fern (*Dryopteris fragrans*) of northern regions

**fragrant sumac** *n* : a sweet-scented sumac (*Rhus aromatica*) with ternate leaves, yellowish green flowers in spikes resembling catkins, and red hairy fruits

**frags** *pl of* FRAG

**fraid** \'frād\ *adj* [by shortening] *dial* : AFRAID

**fraidy·cat** \'frādē,kat, -di,-, *usu* -ad·+V\ *or* **fraid·cat** \-d,k-\ *n* [*fraidy* (fr. *fraid* + *-y*) or *fraid* + *cat*] : one that is timid or easily frightened — used chiefly among children or of children

¹**fraik** \'frāk\ *n* -S [alter. of ¹*freak*] **1** *Scot* : ¹FREAK **2** *Scot* : FLATTERY

²**fraik** \"\ *vi*, *Scot* : to make flattering remarks : CAJOLE

¹**frail** \'frāl, *esp before pause or consonant* -āəl\ *n* -S [ME *frayel*, *freyel*, fr. MF *fraiel*, *freel*, *frael*, perh. fr. *fraiel*, *freel*, *frael* piece of a vine with grapes attached, alter. of *flaiel*, *flael* flail, whip, piece of a vine with grapes attached — more at FLAIL] **1 :** a basket typically made of rushes and used for shipping (as of figs or raisins) **2 :** the quantity (as 32, 56, or 75 pounds) of raisins contained in a frail

²**frail** \"\ *adj* -ER/-EST [ME *frele*, *freel*, *frail*, fr. MF *fraile*, *frele*, fr. L *fragilis*, fr. *frag-* (stem of *frangere* to break) + *-ilis* -ile — more at BREAK] **1 a :** easily led into evil : morally weak ⟨a fiery sermon delivered to all of ~ humanity⟩ **b :** easily led from one's chosen course : lacking in general strength of character or purpose ⟨~ enough to give in if subjected to any pressure⟩ **2 a :** easily broken : not firm or durable ⟨a bridge with ~ construction⟩ ⟨a small and ~ ship⟩ **b :** easily destroyed : likely to fail or die quickly ⟨a ~ flower⟩ ⟨a ~ and very old woman⟩ **c :** unusually susceptible to disease or other infirmity ⟨a man of ~ constitution⟩ **3 a** (1) **:** lacking even normal strength or force ⟨their voices were weak and ~ —Humayun Kabir⟩ (2) **:** weak and small ⟨his steady, workman's hands looking enormous around the ~ tube of tobacco —Irwin Shaw⟩ **b** (1) **:** lacking significant substance ⟨a charming, ~, breathless book —*New Yorker*⟩ ⟨smiled a minute ~ smile —Raymond Chandler⟩ ⟨his lyrics are ~ and derivative —F.B.Millett⟩ (2) **:** tenuous and thin ⟨only ~ hope of finding more survivors existed —*N.Y. Times*⟩ ⟨how ~ the barrier between civilization and the primal jungle —Oscar Handlin⟩ ⟨the love of truth is pitifully ~ —M.R.Cohen⟩ **syn** see WEAK

³**frail** \"\ *dial var of* FLAIL

**frai·le·jón** \,frāēlā'hōn\ *n*, *pl* **frailejo·nes** \-ō,nās\ [AmerSp, aug. of Sp *fraile* friar, fr. OSp *fraire*, fr. OProv, brother, friar, fr. L *fratr-*, *frater* brother — more at BROTHER] **1 :** any of several xerophytic plants of the genus *Espeletia* (family Compositae) of the higher Andes (esp. *E. grandiflora*) **2 :** the tomentum of the stem and leaves of frailejón resembling wool

**frail·ly** \'frāl(l)ē, -i\ *adv* [ME *frelly*, fr. *frele* frail + *-ly*] : in a frail manner ⟨paint scenes of Venice drained of its water, with the buildings ~ poised on the oaken pilings that are their principal foundations —R.M.Coates⟩

**frail·ness** *n* -ES [ME *frelenesse*, *freelnesse*, *frailnesse*, fr. *frele*, *freel*, *frail* + *-nesse* -ness] : the quality or state of being frail ⟨the ~ of the child from birth made her susceptible to every prevailing illness⟩ ⟨a ~ of character, a tendency to give up easily⟩

**frail·ty** \'frā(ə)ltē, -ti\ *n* -ES [ME *frelete*, *freelte*, *frailte*, fr. MF *frailete*, *frelete*, fr. L *fragilitat-*, *fragilitas*, fr. *fragilis* + *-itat-*, *-itas* -ity] **1 :** the quality or state of being frail ⟨declaim against the ~ of human flesh⟩: **a :** INSUBSTANTIALITY ⟨a novel marked by ~ of subject matter⟩ **b :** TENUOUSNESS ⟨the ~ of the connection between the two sides of the family⟩ **c :** INFIRMITY ⟨always concerned for the ~ of his physical being⟩ **d :** SUSCEPTIBILITY ⟨the ~ of young lads to the charms of young ladies⟩ **2 :** an inadequacy, a fault, or a sin resulting from weakness (as of constitution or moral character) **syn** see FAULT

**fraim** \'frām\ *var of* FREMD

**fraischeur** *n* -S [MF *fraischeur*, *fraicheur*, fr. *fraische*, *fraiche*, fem. of *frais* fresh — more at FRESH] *obs* : FRESHNESS, COOLNESS

¹**fraise** \'frāz\ *n* -S [alter. of *phrase*] **1** *or* **frase** *dial Brit* : a noisy confusion : HUBBUB **2** *Scot* : FLATTERY, CAJOLERY : empty talk

²**fraise** \"\ *vt* -ED/-ING/-S : FLATTER, CAJOLE

³**fraise** \"\ *n* -S [F, lit., mesentery of a calf or lamb, fr. MF, fr. *fraiser* to unwrap, shell (as a bean), fr. (assumed) VL *fresare*, fr. L *fresa* (in the term *faba fresa* ground bean), fem. of *fresus*, past part. of *frendere* to gnash, crush, grind — more at GRIND] **1 :** an obstacle used in fortification consisting of pointed stakes driven into the ramparts in a horizontal or inclined position **2 :** a style of neck ruff **3 :** a fluted reamer for enlarging holes in stone **4 :** a cutting tool for correcting the shape of the teeth of timepiece wheels

⁴**fraise** \"\ *vt* -ED/-ING/-S **1 :** to ream out and enlarge (as a hole in stone) **2 :** to shape or dress with a fraise

⁵**fraise** \"\ *n* -S [F, strawberry, fr. OF *fraise*, *frese*, irreg. (perh. influence of the *-s-* in *framboise* raspberry) fr. LL *fraga*, fr. L, pl. of *fragum*] **1** *also* **frase :** a heraldic representation of a strawberry blossom often not distinguished from a cinquefoil — called also *fraser* **2 :** strawberry color

**frake** \'frāk\ *n* -S [prob. native name in Africa] : LIMBA

¹**frak·tur** *also* **frac·tur** \fräk'tů(ə)r, -ůə\ *n* -S *usu cap* [G *fraktur* (formerly spelled *fractur*), an ornate kind of handwriting developed in the 16th cent., fraktur, fr. L *fractura* action of breaking; fr. the curlicues that broke up the continuous line of a word — more at FRACTURE] : a German style of black-letter text type

²**fraktur** *or* **fraktur painting** *var of* FRACTUR

**fram** \'fram\ *vb* **frammed; frammed; framming; frams** [origin unknown] *South & Midland* : POUND, BEAT

**fram·able** *or* **frame·able** \'frāməbəl\ *adj* : capable of being framed

**fram·be·sia** *also* **fram·boe·sia** \fram'bēzh(ē)ə, -zēə\ *n* -S [NL, fr. F *framboise* raspberry; fr. the raspberry appearance of the excrescences] : YAWS

**fram·boise** \fräⁿ'bwaz\ *n* -S [F, fr. OF, prob. modif. (perh. influenced by the *f-* in *fraise* strawberry) of a WGmc word represented by D *braambes* blackberry, MLG *brāmber*, OHG *brāmberi*, all fr. a prehistoric WGmc compound whose first constituent is represented by OHG *brāma*, *brāmo* bramble and whose second constituent is represented by D *bes* berry, OHG *beri* — more at BROOM, BERRY] **1 :** raspberry color **2 :** raspberry brandy usu. unsweetened

¹**frame** \'frām\ *vb* -ED/-ING/-S [ME *framien*, *framen* to benefit, comfort, construct, fr. OE *framian*, *fromian* to avail, benefit, make progress; akin to OFris *framia* to carry out, further, OS *giframōn*, ON *frama*, all fr. a prehistoric WGmc-NGmc verb derived fr. a word represented by ON *fram* forward — more at FROM] *vi* **1 a** *obs* : to get on : FARE **b** *archaic* : PROCEED, GO ⟨~ upstairs and make little din —Emily Brontë⟩ **2 a** *now dial Eng* : to show promise and adaptability **b** *archaic* : CONTRIVE, MANAGE ~ *vt* **1** *obs* : to prepare (wood) for a building (as by hewing out timbers) **2 a :** PLAN, DEVISE, CONTRIVE ⟨the committee *framed* a new method of achieving their purpose⟩ **b :** to give expression to : FORMULATE ⟨~ a rule that brings order into our perceptions —Virginia Woolf⟩ ⟨the specific problems . . . are still the persistent and central problems of philosophy, although perhaps not now *framed* in just his terminology —Alice Ambrose⟩ ⟨the poignancy of the hero's failure is *framed* in the plaint of that ubiquitous figure of Italian life, the sorrowing mother —C.W.White⟩ **c :** SHAPE, FASHION, FORM ⟨~ a figure out of clay⟩ : MAKE, CONSTRUCT ⟨a series of questions so *framed* as to involve by way of answer the plain alternative of yes or no —N.H.Snaith⟩ **d :** INVENT, FABRICATE ⟨*framed* a series of new characters for a radio drama series⟩ ⟨*framed* a device for eliminating rattles in a car⟩ **e :** CONCEIVE, IMAGINE ⟨could not ~ the man in my mind from the inadequate description⟩ **f :** to make a draft of or draw up (as a law or constitution) ⟨~ a plan for combating inflation —*Current Biog.*⟩ ⟨it was once my duty to ~ a case against a manifest thief —R.W.Chapman⟩ ⟨a subcommittee which *framed* the so-called tidelands oil bill —W.A. Clark⟩ ⟨when the Bolsheviks' five-year plan was being *framed* —G.N.S.Raghavan⟩ **3 :** to fit or adjust esp. to something or for an end : REGULATE, ARRANGE ⟨and ~ my face to all occasions —Shak.⟩ ⟨the professional training is *framed* to teach the student what children are like at different stages —*Choice of Careers: Local Gov't*⟩ ⟨he *framed* his model exordium to the middle-class youth in these words —Roy Lewis & Angus Maude⟩ ⟨required to pass tests which are *framed* to be within the power of a normal girl at each stage of her growth



**ranch house** *n* **1 :** the main dwelling house on a ranch **2 :** a one-story dwelling typically having an open plan and a low-pitched roof

ranch house 2

**ranchland** \'=,=\ *n* **:** land suitable for ranching

**ranch·man** \'=mən\ *n, pl* **ranchmen :** RANCHER

**ranch mink** *n* **:** mink scientifically bred and raised for fur production

**ran·cho** \'ran(,)chō, 'raan-, 'rän-\ *n* -s [MexSp, small ranch — more at RANCH] **:** RANCH

**ranchwoman** \'=,==\ *n, pl* **ranchwomen :** a woman who operates or lives on a ranch

**ran·cid** \'ran(t)səd, 'raan-, 'rain-\ *adj* [L *rancidus,* fr. *rancēre* to be rancid, stink] **1 :** having a rank smell or taste usu. from chemical change or decomposition **:** affecting the senses disagreeably or unpleasantly ⟨~ butter⟩ ⟨the wet ~ smells of a basement —Ben Hecht⟩ **2 :** showing an obnoxious quality **:** ODIOUS, ROTTEN ⟨a ~ little psychopath who murdered a number of people —Bernard De Voto⟩ — **ran·cid·ly** *adv* — **ran·cid·ness** *n* -ES

**ran·cid·i·fi·ca·tion** \ran,sidəfə'kāshən\ *n* -s **:** the chemical change that produces rancidity

**ran·cid·i·fy** \ran'sidə,fī\ *vb* -ED/-ING/-ES [*rancid* + *-ify*] *vt* **:** to make rancid ~ *vi* **:** to become rancid

**ran·cid·i·ty** \ran'sidəd·ē, raan-, -ətē, -i\ *n* -ES **:** the quality or state of being rancid **:** a rancid odor or flavor

**ran·cio** \'rän(t)sē,ō\ *adj* [Sp, rancid, stale, old, rancio, fr. L *rancidus* rancid — more at RANCID] **:** of, relating to, or constituting the nutty flavor peculiar to some fortified wines (as sherry and Madeira)

**ran·cor** \'raŋkə(r), 'raiŋ-\ *n* -s *see -or in Explan Notes* [ME *rancour,* fr. MF *ranceur,* fr. LL *rancor* rancidity, grudge, rancor, fr. L *rancēre* to be rancid, stink + *-or*] **:** vehement hatred or ill will **:** intense malignity or spite **:** deep-seated enmity **:** inveterate malevolence ⟨hopelessly involved . . . in the political ~s of the times —E.M.Coulter⟩ **syn** see ENMITY

**ran·cored** \-(r)d\ *adj* **:** infected by rancor **:** made rancorous ⟨voice, ~ by a deep-seated . . . malignity —Beatrice Levin⟩

**ran·cor·ous** \-k(ə)rəs\ *adj* **:** full of rancor **:** evincing or caused by rancor **:** deeply malevolent **:** MALIGNANT ⟨preserve . . . from ~ envy of the rich —Aldous Huxley⟩ ⟨a ~ man, as petty and cruel as he was dictatorial —C.H.Grandgent⟩ — **ran·cor·ous·ly** *adv*

¹**rand** \'rand\ *n* -s [ME, fr. OE *rand, rond;* akin to MD & MLG *rant* edge, rim, OHG edging, rim of a shield, shield, ON *rönd* rim, shield, OE *rima* rim — more at RIM] **1** *dial chiefly Eng* **:** an unplowed edge of a field **:** BORDER **2** *dial* **:** the coarse grass growing on the edge **3** *Africa* **:** a long low stony ridge **4 :** a beveled U-shaped strip usu. of leather put on a shoe before the lifts of the heel **5 :** a course of simple weaving in basketmaking with one osier rod at a time often of thin material used to fill in — see BASKET illustration

²**rand** \"\ *vt* -ED/-ING/-S **1 :** to cut into rands or strips **2 :** to fit with rands (as in the manufacture of shoes)

**ran·dall grass** \'rand°l-\ *n* [fr. the name *Randall*] **1 :** MEADOW FESCUE **2 :** PERENNIAL RYEGRASS

**ran·dall·ite** \'rand°l,īt\ *n* -s *usu cap* [Benjamin *Randall* †1808 Am. religious leader + E *-ite*] **:** one of a group of Freewill Baptists organized in the northern part of the U. S. in 1787

¹**ran·dan** \'ran,dan, ='=\ *n* -s [origin unknown] *dial* **:** boisterous noisy conduct **:** RAMPAGE, SPREE

²**randan** \"\ *n* -s [origin unknown] **1 :** a boat propelled by three rowers of whom the middle rower pulls two short oars while bow and stroke pull one oar each **2 :** the style used to row a randan

**ran·dan·nite** \ran'da,nīt\ *n* -s [modif. of F *randanite,* fr. *Randan,* Dept. Puy-de-Dôme, France + F *-ite*] **1 :** a variety of diatomaceous earth **2 :** an earthy form of opal

**R and C** *abbr* rail and canal

**R and CC** *abbr* riot and civil commotion

¹**ran·dem** \'randəm\ *adv* [prob. blend of ²*random* and *tandem*] **:** with three horses harnessed to a vehicle one behind another

²**randem** \"\ *n* -s **:** a team or vehicle driven randem

**rand·er** \'randə(r)\ *n* -s **:** a worker who trims or bevels the edges of shoe soles or welts

**ran·dia** \'randēə\ *n, cap* [NL, fr. Isaac *Rand* †1743 Eng. botanist + NL *-ia*] **:** a large genus of tropical shrubs and trees (family Rubiaceae) having white or yellow solitary or clustered flowers and a many-seeded berry — see BOX BRIER

**randie** *chiefly Scot var of* ¹RANDY

**randies** *pl of* RANDY

**rand·ing** \'randiŋ\ *n* -s **1 a :** the act of making a rand **b :** the material for making a rand **2 :** the act or process of making and applying rands for shoes

**rand·kluft** \'ränt,klüft\ *n* -s [G, fr. *rand* rim (fr. OHG *rant*) + *kluft* crevice, fr. OHG gap, tongs — more at RAND, CLEFT] **:** a chasm formed when ice recedes from a mountainside or breaks away from stationary ice

**R and L** *abbr* rail and lake

**ran·dle tree** \'rand°l-\ *var of* RANNEL TREE

**R and O** *abbr* rail and ocean

¹**ran·dom** \'randəm, 'raan-\ *n* -s [ME *randoun, raundon, random,* fr. MF *randon* (as in *de randon, a randon* with impetuosity), fr. OF, fr. *randir* to run, gallop, of Gmc origin; akin to G dial. (Bavarian & Alemannic) *rand* run, running, fr. stem of OHG *rinnan* to run — more at RUN] **1** *obs* **:** FORCE, IMPETUOSITY **2 :** a haphazard course **:** chance progress **3** *obs* **a :** the range of a gun or projectile **b :** the elevation given to a gun **4 :** ³BANK 3b — **at random** *adv* **1 :** without definite aim, direction, rule, or method **:** with no specific goal or purpose in view ⟨upon the table soiled dishes were piled *at random* —William Faulkner⟩ ⟨worn cow paths led through *at random* —Christopher Rand⟩ **2** *obs* **:** without restraint or attention **:** at liberty ⟨to be left *at random*⟩

²**random** \"\ *adv* **:** in a random manner **:** at random — usu. used in combination ⟨*random*-jointed⟩

³**random** \"\ *adj* **1 :** lacking or seeming to lack a regular plan, purpose, or pattern ⟨~ thoughts laid hold of him —George Meredith⟩ ⟨a ~ assortment of vases, ivory elephants and other . . . ornaments —Robert Shaplen⟩ ⟨~ brick and timber panels —*Amer. Guide Series: Conn.*⟩ ⟨~ widths⟩ **2 a :** marked by absence of bias **:** chosen at random ⟨a true ~ sample of the whole list —Daniel Melcher & Nancy Larrick⟩ ⟨placing a finger on a ~ passage —Charlton Laird⟩ **b :** involving or resulting from randomization **c :** having the same probability of occurring as every other member of a set ⟨~ numbers⟩

**syn** HAPHAZARD, HIT-OR-MISS, DESULTORY, CHANCE, CHANCY, CASUAL, HAPPY-GO-LUCKY: RANDOM stresses lack of definite aim, fixed goal, regular procedure, or predictable incidence ⟨a *random* collection of literary and archeological odds and ends —Aldous Huxley⟩ ⟨the clerks become tired and bored and start making *random* mistakes —Martin Gardner⟩ ⟨a kitten's *random* play with a spool or ball⟩ That which is HAPHAZARD is done according to chance or whim without regularity or order and with careless disregard for ultimate fitness or efficiency. HIT-OR-MISS further stresses lack of aim, care, plan, or system ⟨all his shop training had given him a profound prejudice against inexact work, experimental work, *hit-or-miss* work —C.S.Forester⟩ DESULTORY stresses lack of regularity or steadiness and suggests an erratic performance marked by false starts, lapses, breaks, shifts, or inconsistencies ⟨medieval warfare was often of the nature of a mild adventure . . . the fighting was generally sporadic and *desultory* —Edwin Benson⟩ ⟨a little Latin and Greek and much outdoor life, with a *desultory* education got from vagrant books —V.L. Parrington⟩ CHANCE stresses complete lack of design, intent, plan, or prearrangement ⟨he had never before given Cuba, under Spanish rule, a thought, but at a *chance* sentence it dominated him completely —Joseph Hergesheimer⟩ It suggests lack of plan, reason, forethought in connection with persons encountered or objects found or discovered in various places ⟨his temper grew uncertain and he found it increasingly difficult to welcome *chance* visitors with his usual affability

from his pocket, he ran it across the hall floor —G.K.Chesterton⟩ In reference to things and situations CHANCY suggests uncertainty of outcome through dependence on chance and hence implies risk or hazard ⟨despite recent advances in geophysics, oil drilling is still a *chancy* business —H.T.Kane⟩ CASUAL suggests lack of intentness or purpose ⟨his jottings are by no means *casual* —*Listener*⟩ HAPPY-GO-LUCKY suggests carefree, insouciant lack of forethought or plan or cheerful, indifferent acceptance of what ensues ⟨a funny little *happy-go-lucky,* native-managed railway —Rudyard Kipling⟩ ⟨the old *happy-go-lucky* methods of production —Bernard Pares⟩

**random bond** *n* **:** a bond in stonemasonry in which the stones are laid at random and not in regular courses

**random error** *n* **:** a statistical error that is wholly due to chance and does not recur — opposed to *systematic error*

**ran·dom·iza·tion** \,randəmə'zāshən\ *n* -s **1 :** controlled distribution usu. of given tests, factors, samplings, treatments, or units so as to simulate a random or chance distribution and yield unbiased data from which a generalized conclusion can be drawn **2 :** a random process used in a statistical experiment to reduce or eliminate interference by variables other than those being studied

**ran·dom·ize** \'randə,mīz\ *vt* -ED/-ING/-S [³*random* + *-ize*] **:** to distribute by or use randomization on

**randomized block** *n* **:** an experimental design (as in horticulture) in which different treatments are distributed in random order within a block or plot

**random line** *also* **random traverse** *n* **:** a trial surveying line avoiding obstacles between stations

**ran·dom·ly** *adv* **:** in a random manner

**ran·dom·ness** *n* -ES **:** the quality or state of being random

**random noise** *n* **:** a usu. electric or acoustic signal that consists of equal amounts of all frequencies

**random variable** *n* **:** a variable that is itself a function of the result of a statistical experiment in which each outcome has a definite probability of occurrence ⟨the number of spots showing if two dice are thrown is a *random variable*⟩ — called also *variate*

**random walk** *n* **:** a process (as Brownian movement or genetic drift) consisting of a sequence of steps (as movements or changes in gene frequency) each of whose characteristics (as magnitude and direction) are determined by chance

¹**ran·dori** \rän'dōrē\ *n* -s [Jap, lit., free practice] **:** free practice between two judo students

²**randori** \"\ *vi* -ED/-ING/-S **:** to practice judo informally

**R and R** *abbr* **1** rest and recreation; rest and recuperation; rest and rehabilitation **2** rock 'n' roll

**rands** *pl of* RAND, *pres 3d sing of* RAND

**R and W** *abbr* rail and water

¹**ran·dy** \'randē, -di\ *adj* [prob. fr. obs. E *rand* to rant, rave (fr. obs. D *randen, ranten*) + E *-y*] **1** *chiefly Scot* **:** having a coarse manner **:** loud-spoken **2 :** LUSTFUL, LECHEROUS

²**randy** \"\ *n* -ES **1** *chiefly Scot* **:** a rough-mannered beggar **2** *chiefly Scot* **:** a scolding or dissolute woman

³**randy** \"\ *n* -ES *dial Brit* **:** a noisy festivity **:** CAROUSAL ⟨the next ~ we come to . . . is to be a wedding —Mary Webb⟩ ⟨a rattling good ~ with fiddles and bass viols —Thomas Hardy⟩

**ranee** *var of* RANI

**ra·nel·la** \rə'nelə\ *n* [NL, fr. L *rana* frog + NL *-ella* — more at RANA] **1** *cap* **:** a genus of marine snails related to *Triton* having a thick shell usu. with two lateral varices continuous over all the whorls **2** -s **:** any snail of the genus *Ranella*

**ra·ney nickel** \'rānē-\ *n, usu cap R* [after Murray *Raney* †1966 Am. engineer and manufacturer] **:** a finely divided nickel in the form of a pyrophoric powder or crystals or a suspension (as in alcohol) that is prepared from an alloy of equal parts of nickel and aluminum by dissolving the aluminum in warm sodium hydroxide solution and rinsing thoroughly and that is used as a catalyst for the hydrogenation of various organic compounds

**rang** [ME, alter. (prob. influenced by ¹*sang*) of *ringde,* fr. OE *hringde*] *past of* RING

**ranga·ti·ra** \,räŋə'tirə\ *n* -s [Maori] **1 :** a Maori chief **:** a Maori of rank, authority, or distinction **2** *NewZeal* **:** a leading citizen **:** MAGISTRATE

**rang·doo·dles** \'raŋ,düd°lz\ *n pl* [prob. alter. of *roodles*] **:** roodles in draw poker

¹**range** \'rānj\ *n* -s *often attrib* [ME, fr. MF, fr. OF *renge,* fr. *renc, reng* line, place, row — more at RANK] **1 a :** a row or rank usu. of people or animals ⟨the first ~ of soldiers⟩ ⟨pupils in a ~⟩ **b :** a series of things in a line: as (1) **:** a line of buildings or sections of a building ⟨in a ~ of buildings near the house was a dairy and meat store —H.V.Morton⟩ ⟨a big nursery over which was a ~ of attics —David Garnett⟩ (2) **:** a row or course of masonry with the horizontal joints continuous (3) **:** a series of double-faced sections of shelves in a stack abutting one another and usu. terminating in aisles at each end (4) **:** a greenhouse establishment often having several houses that may be connected **2 a :** a grate let down when required over an open fire to support cooking utensils **b :** a cooking apparatus enclosing controlled heat (as from wood, coal, gas, electricity) and having a flat top with solid plates or open racks to hold utensils over flames or coils and an oven and sometimes also a storage space for utensils or a second oven **3 a :** something that may be ranged over **:** place or room for excursion **b :** an open region over which cattle, sheep, or other livestock may roam and feed **:** pasturage esp. when unenclosed ⟨low-lying valley bottoms . . . providing meager amounts of winter ~ —T.R.Weir⟩ **c :** the region throughout which a kind of organism or ecological community naturally lives or occurs ⟨the elk ~ in the Rocky mountain area —T.W.Daniels⟩ ⟨this snail thrived and spread . . ., its ~ being directly increased —Joyce Allan⟩ **4 a :** the act of ranging about or of roving **:** EXCURSION, RAMBLE ⟨taking the dogs for a ~⟩ **b :** freedom to range **:** opportunity to roam about ⟨giving the horses free ~⟩ **5 a** (1) **:** the horizontal distance to which a shot or other projectile is or may be propelled ⟨the gun has a ~ of six miles⟩ (2) **:** the horizontal distance of the target or thing aimed at from a weapon (3) **:** a place where shooting (as with bows, guns, or missiles) is practiced **b :** the maximum distance an airplane or other vehicle (as a tank) can travel without refueling — compare RADIUS 4d **c :** the average distance radioactive or other projected particles of a given type will penetrate a given medium before their velocity is reduced to less than a detectable value **6 :** an aggregate of individuals in one order **:** a social class ⟨in the lower ~s of the council —F.M.Stenton⟩ ⟨at the lowest ~ the family, at the uppermost the state —B.N.Cardozo⟩ **7 a :** a large cleat in the waist of a sailing ship for handling lines **b :** a length of slack cable ranged along the deck preparatory to letting go the anchor **8 a :** the space or extent included, covered, or used ⟨a faith worldwide in its ~ and power —Norman Goodall⟩ **b :** a field of operation **:** an area actively occupied or used ⟨lanterns at night to attract fish within ~ of net or spear —*Lamp*⟩ **c :** the scope or span usu. of activity, experience, or knowledge ⟨a technical vocabulary a little outside my ~ —Wolcott Gibbs⟩ **d :** COMPASS 1d **9 :** a direction line **:** DIRECTION ⟨the buoys in ~ with the pier⟩ **10 a** (1) **:** a series or chain of mountain peaks considered as forming one connected system **:** a ridge of mountains ⟨from the summit they could see ~ after ~ of mountains⟩ (2) **:** mountainous country — often used in pl. **b :** a mineral belt; *esp* **:** an iron-bearing formation **11 a :** a sequence, series, or scale between limits ⟨a wide ~ of patterns⟩ ⟨a ~ of possible solutions —W.S.Campbell⟩ **b :** the limits of a series **:** the distance or extent between possible extremes ⟨spring tides . . . have a greater ~ —C.F.Chapman⟩ **12 a** (1) **:** a strip of leather cut from a butt or hide (2) **:** the lie or line of the upper edge of the counter in a top boot (3) **:** the cutting of a butt or side of sole leather into strips **b :** a part of a hide **13 :** one of the north-south rows of townships in a U. S. public-land survey that are numbered east and west from the principal meridian of the survey **14 a :** a set of points lying on a line (as on the axis of an independent variable at which a

range 2b

greatest values of the attribute or variable of a frequency distribution **15 :** the class of admissible values of a variable **16 :** a gage for determining the thickness of glass **17 :** a group of shipping ports within an area for which the same rates are charged **18 :** RADIO RANGE

**syn** GAMUT, REACH, RADIUS, COMPASS, SWEEP, SCOPE, ORBIT, HORIZON, KEN, PURVIEW: RANGE is the general term indicating the extent of one's perception or the extent of powers, capacities, or possibilities ⟨safe, well out of the *range* of the pursuers⟩ ⟨a beautiful voice with a wide *range* between the high and the low tones —Havelock Ellis⟩ ⟨a creative writer can do his best only with what lies within the *range* and character of his deepest sympathies —Willa Cather⟩ ⟨the whole *range* of Greek political life —G.L.Dickinson⟩ GAMUT suggests a graduated series running from one possible extreme to another ⟨types of light each occupying its particular place in that far-reaching roster or *gamut* which is called the spectrum —K.K.Darrow⟩ REACH suggests an extent of perception, knowledge, ability, or activity attained to or experienced by or as if by stretching out ⟨moving step by step toward the widest generalizations within his *reach* —L.J.Henderson⟩ ⟨out of *reach* of the first invading forces⟩ ⟨anything like sustained reasoning was beyond his *reach* —Leslie Stephen⟩ RADIUS suggests an area, usu. circular, of activity, implied by a known or determined center ⟨the town's history has been the history of coal; within a *radius* of five miles are twelve large mines —*Amer. Guide Series: Pa.*⟩ COMPASS indicates an extent, sometimes more limited than that suggested by RANGE, of perception, knowledge, or activity; it is likely to connote a bounding circumference ⟨the powers expressly granted to the government . . . are to be contracted . . . into the narrowest possible *compass* —John Marshall⟩ ⟨here we get in very small *compass* . . . as many different reminders of the continuity of the country . . . as you will find anywhere —S.P.B.Mais⟩ SWEEP suggests extent, often circular or arc-shaped, of motion or activity, which latter notion it more strongly suggests than the preceding terms ⟨the boldness and *sweep* of Webster's original scheme appear plainly —Kemp Malone⟩ ⟨in the *sweep* of their universal robbery, they showed at least no discrimination between native and foreign victims —Osbert Sitwell⟩ SCOPE is applicable to an area of activity, an area predetermined and limited, but an area of free choice within the set limits ⟨its *scope* was widened by the legislature to include other departments —*Amer. Guide Series: Texas*⟩ ⟨the infinite *scope* for personal initiative in business —G.B.Shaw⟩ ORBIT suggests a range of activity or influence, often circumscribed and bounded, within which forces work toward accustoming, integrating, absorbing ⟨communities . . . outside the *orbit* of modernity —Walter Lippmann⟩ ⟨the war as a gigantic cosmic drama, embracing every quarter of the globe and the whole *orbit* of man's life —John Buchan⟩ HORIZON suggests an area, perhaps arc-shaped or semicircular, of knowledge, interest, perception; it may suggest the new or the potential or envisioned ⟨science has provided a new frontier with unlimited *horizons* —A.H.Compton⟩ ⟨possibilities he hadn't known were upon its *horizon* —Mary Austin⟩ KEN indicates range of perception or cognizance ⟨they seemed trivial at the time they came into his *ken* —W.A.White⟩ ⟨the bulk of his known reading, until the great Italians swam into his *ken,* was French —J.L.Lowes⟩ PURVIEW may indicate either range of perception or knowledge or range of authority or competence ⟨the inclusion of dependent areas within the *purview* of Point Four —Rupert Emerson⟩ ⟨the problem of ethnic variation falls very definitely within the *purview* of the student of the social life of man —M.F.A.Montagu⟩

²**range** \"\ *vb* -ED/-ING/-S [ME *raungen, rangen,* fr. MF *ranger* to set in a row, place, station, fr. OF *rengier,* fr. *renc, reng* line, place, row — more at RANK] *vt* **1 a :** to set in a row **:** place in a regular line **:** dispose in the proper order ⟨half a dozen straight-backed chairs are *ranged* in front of the desk —Philip Hamburger⟩ ⟨the women, *ranged* along the north side, wore their usual dress —Oliver LaFarge⟩ **b :** to place among others in a given position or situation ⟨*ranged* himself with the reform movement —Charles Moore⟩ ⟨came and *ranged* yourself beside me —T.B.Costain⟩ **2 a :** to rove over or through **:** ROAM ⟨took his fine new rifle and *ranged* the woods —S.H.Holbrook⟩ **b :** to cause to pass over ⟨*ranged* his eyes over the scene before him⟩ **3 :** to dispose in a classified or systematic order **:** place in a class, rank, or category ⟨~ plants in genera⟩ **4 :** to sail or pass along or about usu. in a direction parallel to or near ⟨had been out the night before, *ranging* the enemy coast —Irwin Shaw⟩ **5 :** to arrange (an anchor cable) on deck **6** *chiefly Brit* **:** ALIGN; *specif* **:** to place (a line of type) so that one end is flush with the end of a preceding or following line **7 :** to graze or pasture (livestock) on or as if on a range ⟨on the uplands thousands of head of cattle are *ranged* each year —*Spokane (Wash.) Spokesman-Rev.*⟩ **8 :** to determine the elevation necessary for (a gun) to propel a projectile to a given distance **:** give (a gun) such elevation ~ *vi* **1 a** (1) **:** to roam here and there **:** rove at large ⟨the custom . . . to ~ through the town on the last night of carnival —P.L.Fermor⟩ ⟨*ranged* like a grey moose . . . guiding himself by the sun —Van Wyck Brooks⟩ ⟨*ranging* around remote parts of England —Max Beerbohm⟩ (2) **:** to move out or about freely **:** survey esp. with the mind ⟨has *ranged* among the masterpieces of past and present art —William Barrett⟩ ⟨talk *ranged* widely, even in aesthetics —H.S.Canby⟩ ⟨likes to ~ over current issues —*Newsweek*⟩ **b :** to move over an area so as to explore it more or less thoroughly ⟨*ranging* about in search of some promising spot upon which to pitch the . . . tent —F.V.W. Mason⟩ ⟨the beagle will not ~ too far afield of the hunter —*Time*⟩ **2 :** to take a position ⟨*ranged* with the great pillars and supporters of our art —Joshua Reynolds⟩ **3** *archaic* **:** to be fickle or inconstant ⟨given to ~ —Lord Byron⟩ **4 a :** to correspond in direction or line **b** *chiefly Brit* **:** ALIGN ⟨these two type faces, although of the same size, do not ~ well⟩ **c :** to have or extend in a particular direction **:** run in a line ⟨the fence ~s with the street⟩ **5 a :** to have range **:** be capable of projecting or to admit of being projected ⟨the gun ~s over three miles⟩ ⟨the shot *ranged* along a four mile course⟩ **b :** to obtain the range of an object by firing alternately over and short of it altering the elevation after each shot until a hit is made **6 :** to change or differ within limits ⟨its products ~ from carpet tacks to pig iron —*Amer. Guide Series: N. Y.*⟩ ⟨discounts ~ from 20% to 40% —Nathan Kelne⟩ **7** *of an organism* **:** to live or occur in or be native to an indicated district or region ⟨the hardy ring-necked pheasant . . . ~s over all but the most northern areas —*Amer. Guide Series: Minn.*⟩ **8 :** to obtain the range of an object by means of a range finder

**range angle** *n* **:** the angle formed between a vertical line and the line of sight to an aiming point at the instant of release of an aerial bomb — called also *dropping angle, sighting angle*

**range bracket** *n* **:** BRACKET 5a(1)

**range-bred** \'=;=\ *adj* **:** bred and reared on the range **:** accustomed to the open country

**range crane fly** *n* **:** a grayish brown crane fly (*Tipula simplex*) with a wingless female and a pale brown burrowing larva that emerges from the ground at night or on dull days to feed on green vegetation and is sometimes very destructive to grasslands and grain crops in the southwestern U. S.

**ranged** *adj* [fr. past part. of ²*range*] **:** arranged in line, in ranks, or according to a system ⟨a kitchen gleaming with ~ coppers —Anne D. Sedgwick⟩ ⟨the hierarchically ~ members of the staff —Lyman Bryson⟩

**ranged rubble** *n* **:** masonry in which the quarry stones are roughly dressed to an almost uniform height

**range finder** *n* **1 :** an instrument used to determine the distance of an object and usu. constructed to give a rapid mechanical solution of a triangle having the target at its apex and the range finder at one corner of its base **2 :** TACHYMETER **3 :** a camera attachment for measuring by optical means the distance between the camera and an object

**range-finding** \'=,==\ *n* **1 :** the determination of the range to a target by adjusting fire on it **2 :** the determination of a range by means of a range finder at which to start adjustment on a target

**rangeland** \'=,=\ *n* **:** land used or suitable for range ⟨scrub-covered ~s⟩

**range·ley lake trout** \'rānjlē-\ *n, usu cap R* [fr. *Rangeley*