Dockets.Justia.com

**EXHIBIT G**

# IBM DICTIONARY OF COMPUTING

Compiled and edited by
**GEORGE McDANIEL**

**McGRAW-HILL, INC.**
New York   San Francisco   Washington, D.C.   Auckland   Bogotá
Caracas   Lisbon   London   Madrid   Mexico City   Milan
Montreal   New Delhi   San Juan   Singapore
Sydney   Tokyo   Toronto

**Limitation of Liability**

While the Editor and Publisher of this book have made reasonable efforts to ensure the accuracy and timeliness of the information contained herein, neither the Editor nor the Publisher shall have any liability with respect to loss or damage caused or alleged to be caused by reliance on any information contained herein.

Copyright © 1994 by International Business Machines Corporation. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permisssion of the publisher.

1 2 3 4 5 6 7 8 9 0  DOC/DOC  9 9 8 7 6 5 4 3

ISBN 0-07-031488-8 (HC)
ISBN 0-07-031489-6 (PBK)

*The sponsoring editor for this book was Daniel A. Gonneau and the production supervisor was Thomas G. Kowalczyk.*

*Printed and bound by R. R. Donnelley & Sons Company.*

**Tenth Edition (August 1993)**

This is a major revision of the *IBM Dictionary of Computing*, SC20-1699-8, which is made obsolete by this edition. Changes are made periodically to the information provided herein.

It is possible that this material may contain reference to, or information about, IBM products (machines and programs), programming, or services that are not announced in your country. Such references or information must not be construed to mean that IBM intends to announce such IBM products, programming, or services in your country. Comments may be addressed to IBM Corporation, Department E37/656, P. O. Box 12195, Research Triangle Park, NC 27709.

**International Edition**

Copyright © 1994 by International Business Machines Corporation. Exclusive rights by McGraw-Hill, Inc. for manufacture and export. This book cannot be re-exported from the country to which it is consigned by McGraw-Hill. The International Edition is not available in North America.

When ordering this title, use ISBN 0-07-113383-6.

This book is printed on acid-free paper.

wiring. Contrast with soft fault. See also beacon frame, beaconing node.

**hard hyphen** A hyphen required by the spelling of a word or an expression regardless of its position in a line. Synonymous with embedded hyphen, required hyphen. Contrast with soft hyphen. (T) (A)

**hard sector** A sector that is established physically on a disk; for example, an index hole at the beginning of the first sector on a diskette or a sector that is written at a predetermined location on a diskette. See also soft sector.

**hard sectoring** (1) The physical marking of sector boundaries on a magnetic disk. (T) (A) (2) Contrast with soft sectoring. (T) (A)

**hard space** A space represented by a special character in a string of characters at which a text processor will not break the string. A hard space can also be accomplished by an embedded command. Synonymous with nonbreak space. (T)

**hard stop** An immediate termination of operation or execution.

**hard wait** See waiting time.

**hardware** (1) All or part of the physical components of an information processing system, such as computers or peripheral devices. (T) (A) (2) The equipment, as opposed to the programming, of a system. (3) Contrast with software.

**hardware cell** In GDDM, the default character box associated with a particular display.

**hardware character** In GDDM and System/38, an alphanumeric character provided by the display station, usually from a display file. See also mode-2 character, mode-3 character.

**hardware check** (1) A failure in a hardware unit that halts operation. See also machine check interruption. (2) Synonym for automatic check.

**hardware error recovery management system** A facility that attempts recovery from hardware malfunctions. It consists of the machine check handler (MCH) and the channel check handler (CCH).

**hardware language** A representation of a reference language using symbols that are particularly suitable for direct input to a computer; for example, X A in a reference language may become X=A, and X 2 may become X**2 in a hardware language. (T)

**hardware logic diagrams (HLDs)** A combination of card-on-board logic, power logic, and schematic diagrams for power/thermal subsystems.

**hardware monitor** The component of the NetView program that helps identify network problems, such as hardware, software, and microcode, from a central control point using interactive display techniques.

**hardwired** Pertaining to a physical connection; for example, a plug-to-plug wired connection, cable connection, or connection to an auxiliary device via a fixed address.

**harmonic** The presence of harmonic frequencies, which may be caused by nonlinear characteristics of a transmission line, in a response when a sinusoidal stimulus is applied.

**harmonic distortion** See distortion.

**harmonic telephone ringer** A telephone ringer that responds only to alternating current within a very narrow frequency band. A number of such ringers, each responding to a different frequency, are used in one type of selective ringing where there are several parties on a subscriber's line.

**hartley** In information theory, a unit of logarithmic measure of information equal to the decision content of a set of ten mutually exclusive events expressed by the logarithm to base ten; for example, the decision content of a character set of eight characters equals 0.903 hartley ( $\log_{10} 8 = 0.903$). (I) (A) Synonymous with information content decimal unit.

**hashing** (1) A method of transforming a search key into an address for the purpose of storing and retrieving items of data. The method is often designed to minimize the search time. (T) (2) The application of an algorithm to the records in a data set to obtain a symmetric grouping of the records. Synonymous with key folding. (3) In an indexed data set, the process of transforming a record key into an index value for storing and retrieving a record.

**hash table** A table of information that is accessed by way of a shortened search key (the hash value). Using a hash table minimizes average search time.

**hash total** The result obtained by applying an algorithm to a set of heterogeneous data for checking purposes; for example, a summation obtained by treating data items as numbers. (T) Synonym for control total.

**HASP** Houston automatic spooling priority system. A computer program that provides supplementary job management, data management, and task management