IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NORTHEASTERN UNIVERSITY and JARG CORPORATION, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:07-CV-486-CE |
| GOOGLE INC., | § § | |
| *Defendant.* | § | |

**NORTHEASTERN UNIVERSITY AND JARG CORPORATION'S
UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiffs Northeastern University (***Northeastern***) and Jarg Corporation (***Jarg***) move for extension of time to file a reply brief in support of the their motion to supplement their disclosure of asserted claims and infringement contentions (Dkt. #70). Under Local Rule CV-7(f), Northeastern and Jarg's reply brief is due the day after Thanksgiving. As reflected in the certificate of conference (*infra* at 3), Google is not opposed to extending that deadline to Wednesday, December 2, 2009. Northeastern and Jarg request that their reply brief deadline be so extended.

Dated:  November 24, 2009    Respectfully submitted,

/s/ David P. Blanke
Otis W. Carroll, Jr. (TX Bar No. 03895700)   William B. Dawson (TX Bar No. 05603600)
Collin Maloney (TX Bar No. 00794219)   VINSON & ELKINS L.L.P.
IRELAND CARROLL & KELLEY   2001 Ross Avenue, Suite 3700
6101 S. Broadway, Suite 500   Dallas, Texas 75201-2975
Tyler, Texas 75703   Tel: 214.220.7926
Tel:  903.561.1600   Fax: 214.999.7926
Fax: 903.581.1071   wdawson@velaw.com
fedserv@icklaw.com

David B. Weaver (TX Bar No. 00798576)
David P. Blanke (TX Bar No. 02453600)
David R. Woodcock, Jr. (TX Bar No. 24028140)
Christopher V. Ryan (TX Bar No. 24037412)
Michael A. Valek (TX Bar No.24044028)
Meredith J. Fitzpatrick (TX Bar No. 24059753)
R. Floyd Walker (TX Bar No. 24044751)
Stephen C. Stout (TX Bar No. 24060672)
Zeke DeRose, III (TX Bar No. 24057421
VINSON & ELKINS L.L.P.
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Tel: 512.542.8400
Fax: 512.236.3338
dweaver@velaw.com
dblanke@velaw.com
dwoodcock@velaw.com
cryan@velaw.com
mvalek@velaw.com
mfitzpatrick@velaw.com
fwalker@velaw.com
sstout@velaw.com
zderose@velaw.com

*Attorneys for Plaintiffs Northeastern University and Jarg Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail on November 24, 2009.

/s/ David P. Blanke
David P. Blanke

## CERTIFICATE OF CONFERENCE

Counsel for Northeastern and Jarg (Stephen Stout) exchanged e-mails with counsel for Google (Jason Wolff) on November 24, 2009 with respect to the requested extension. Google is not opposed to extending Northeastern and Jarg's reply brief deadline to December 2, 2009.

/s/ David P. Blanke
David P. Blanke