IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NORTHEASTERN UNIVERSITY and JARG CORPORATION, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:07-CV-486-CE |
| GOOGLE INC., | § § § | |
| *Defendant.* | § | |

**ORDER**

Before the Court is Northeastern University and Jarg Corporation's unopposed motion for extension of time to file a reply brief in support of their motion to supplement their disclosure of asserted claims and infringement contentions (Dkt. #70) filed on October 30, 2009.

After considering the motion, the fact that it is unopposed, and the fact that there will be no adverse consequences to the Court's schedule by granting the extension requested, the Court finds that the motion should be GRANTED.

Accordingly, it is ORDERED that the deadline for Northeastern University and Jarg Corporation to submit a reply brief in support of their pending motion to supplement their disclosure of asserted claims and infringement contentions is extended to December 2, 2009.

SIGNED this 25th day of November, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE

US 173744v.1