# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **NORTHEASTERN UNIVERSITY and JARG CORPORATION**<br><br>     Plaintiffs,<br><br>v.<br><br>**GOOGLE, INC.**<br><br>     Defendant. | **CIVIL ACTION NO. 2:07-CV-486-CE** |

## JOINT MOTION TO EXTEND TIME

Plaintiffs Northeastern University and Jarg Corporation ("Plaintiffs") and Defendant Google Inc. ("Google") hereby jointly move this Court for an extension of time for Google to file its Surreply to Plaintiffs' Motion for Leave to Supplement Their Infringement Contentions (Docket No. 70) and for Plaintiffs to comply with P.R. 4-5(c).

Under Local Rule CV-7(f), Google's surreply is due on December 10, 2009. The parties seek a five (5) day extension of this deadline until December 15, 2009.

As set forth in the Court's October 19, 2009 Order Granting Joint Motion to Extend Time (Docket No. 65), the deadline for Plaintiffs to comply with P.R. 4-5(c) is January 7, 2010. The parties seek a five (5) day extension of this deadline until January 12, 2010.

The requested extensions will not affect the resolution of this matter or any other dates on the Court's Docket Control or Discovery Orders. Good cause exists for this Motion, and this Motion is not sought for purposes of delay.

1

Dated: December 7, 2009        Respectfully submitted,

/s/ Shelley K. Mack
Michael E. Jones (TX Bar No. 10929400)
POTTER MINTON
110 N. College, Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846
mikejones@potterminton.com

Ruffin B. Cordell (TX Bar No. 04820550)
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, DC 20005-3500
Tel: (202) 783-5070
Fax: (202) 783-2331
cordell@fr.com

Jason W. Wolff
Francis Albert (*Admitted Pro Hac Vice*)
FISH & RICHARDSON, P.C.
12390 El Camino Real
San Diego, California 92130
Tel: (858) 678-5070
Fax: (858) 678-5099
wolff@fr.com

Howard G. Pollack (*Admitted Pro Hac Vice*)
Shelley K. Mack (*Admitted Pro Hac Vice*)
Jerry T. Yen (CA Bar No. 247899)
FISH & RICHARDSON, P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Tel: 650.839.5070
Fax: 650.839.5071
pollack@fr.com
mack@fr.com
yen@fr.com

***Counsel for Defendant Google, Inc.***

Dated: December 7, 2009

Respectfully submitted,

/s/ Stephen C. Stout (by permission)
William B. Dawson (Tx Bar No. 05603600)
VINSON & ELKINS L.L.P.
3700 Trammel Crow Center
3001 Ross Avenue
Dallas, Texas 75201-2975
Tel: (214) 220-7926
Fax: (214) 999-7926
E-mail: bdawson@velaw.com

David B. Weaver (TX Bar No. 00798576)
Christopher V. Ryan (TX Bar No. 24037412)
Michael Valek (TX Bar No.24044028)
R. Floyd Walker (TX Bar No. 24044751)
Stephen C. Stout (TX Bar No. 24060672)
VINSON & ELKINS L.L.P.
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Tel: (512) 542-8400
Fax: (512) 236-3338
E-mail: dweaver@velaw.com
    cryan@velaw.com
    mvalek@velaw.com
    fwalker@velaw.com
    sstout@velaw.com

Otis W Carroll, Jr. (TX Bar No. 03895700)
Collin Maloney (TX Bar No. 00794219)
IRELAND CARROLL & KELLEY
6101 S Broadway, Suite 500
Tyler, TX 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
Email: Fedserv@icklaw.com

*Counsel for Plaintiffs Northeastern University and Jarg Corporation*

50687946

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NORTHEASTERN UNIVERSITY and JARG CORPORATION<br><br>  Plaintiffs,<br><br>v.<br><br>GOOGLE, INC.<br><br>  Defendant. | CIVIL ACTION NO. 2:07-CV-486-CE |

## ORDER GRANTING JOINT MOTION TO EXTEND TIME

The Court, having considered the parties' Joint Motion to Extend Time, finds that this motion has merit and is hereby GRANTED. Accordingly, it is ORDERED that the deadline for Google to submit its surreply brief to Plaintiffs' Motion for Leave to Supplement Their Infringement Contentions is extended to December 15, 2009. It is further ORDERED that the deadline for Northeastern University and Jarg Corporation to comply with P.R. 4-5(c) is extended to January 12, 2010.