## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **NORTHEASTERN UNIVERSITY and JARG CORPORATION** | |
| **Plaintiffs,** | |
| **v.** | **CIVIL ACTION NO. 2:07-CV-486-CE** |
| **GOOGLE, INC.** | |
| **Defendant.** | |

### ORDER GRANTING JOINT MOTION TO EXTEND TIME

The Court, having considered the parties' Joint Motion to Extend Time, finds that this motion has merit and is hereby GRANTED. Accordingly, it is ORDERED that the deadline for Google to submit its surreply brief to Plaintiffs' Motion for Leave to Supplement Their Infringement Contentions is extended to December 15, 2009. It is further ORDERED that the deadline for Northeastern University and Jarg Corporation to comply with P.R. 4-5(c) is extended to January 12, 2010.

SIGNED this 8th day of December, 2009.


CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE