# EXHIBIT E

# Webster's New World Dictionary® *of* Computer Terms

**Completely Revised & Updated**

## FOURTH EDITION

More than 5,000 Computer Terms

Up-to-Date Computer Terminology

Clear, Jargon-Free Definitions

GN 292954

# Webster's

## NEW WORLD DICTIONARY®
### — OF —
## COMPUTER TERMS

**FOURTH EDITION**

*Compiled by*

## Donald Spencer



**Prentice Hall**
New York • London • Toronto • Sidney • Tokyo • Singapore

GN 292955



Prentice Hall General Reference
15 Columbus Circle
New York, NY 10023

Copyright © 1992 by Simon & Schuster, Inc.
All rights reserved
including the right of reproduction
in whole or in part in any form

A Webster's New World™ Book

Webster's New World Dictionary and colophon are
registered trademarks of Simon & Schuster, Inc.

Prentice Hall is a registered trademark of Prentice-Hall, Inc.

Dictionary Editorial Offices:
New World Dictionaries
850 Euclid Avenue
Cleveland, Ohio 44114

**Library of Congress Cataloging-in-Publication Data**

Spencer, Donald.
    Webster's new world dictionary of computer terms /
compiled by Donald Spencer.—4th ed.
        p.   cm.
    ISBN 0-671-84651-5
    1. Computers—Dictionaries.  2. Electronic data
processing—Dictionaries.  I. Title.
    QA76.15.S675                 1993                    2-12598
    004'.03—dc20                                           CIP

Manufactured in the United States of America

1  2  3  4  5  6  7  8  9  10

GN 292956

crocomputer systems from Software Publishing Corporation. It is a versatile and easy-to-use program for producing business-related presentation graphics.

**hash** Visual static on the screen.

**hashing** **(1)** A key-to-address transformation in which the keys determine the location of the data. **(2)** The process of applying a formula to a record key to yield a number that represents a disk address.

**hash totals** Totals of the numbers of identifying fields. Used in ERROR CHECKING.

**hatching** Shading some portion of a drawing with parallel lines in a single direction. Shading in overlapping directions is crosshatching.

**HDBMS** Abbreviation for HIERARCHICAL DATABASE MANAGEMENT SYSTEM.

**head** **(1)** A device that reads, records, or erases data on a storage medium, such as a small electromagnet used to read, write, and erase data on a magnetic disk. **(2)** A special data item that points to the beginning of a list.

**head cleaning device** A material containing a dirt solvent used to clean the read/write head of a floppy disk drive or a tape drive.

**head crash** The collision of the read/write head with the recording surface of a hard disk, resulting in loss of data. Usually caused by contamination of the disk, such as from a tiny particle of smoke or dust or from a fingerprint.

**header** **(1)** The first part of a message, containing all the necessary information for directing the message to its destination(s). **(2)** The top margin of a page, usually the title of the book, the name of the chapter, the page number, and so on.

**header record** A record containing constant, common, or identifying information for a group of records that follows.

**head positioning** Placing a read/write head when data is being read or written by a direct-access storage device. Done by moving an ACCESS ARM.

**head slot** The opening in a diskette jacket that exposes the disk surface to read/write heads.

GN 292957