Northeastern University et al v. Google, Inc.,　　　　　Doc. 78 Att. 11

# EXHIBIT K

Dockets.Justia.com


GN 292947

# Random House Webster's College Dictionary

RANDOM HOUSE · NEW YORK

GN 292948

Copyright © 1991 by Random House, Inc.

All rights reserved under International and Pan-American Copyright Conventions. No part of this publication may be reproduced in any form or by any means, electronic or mechanical, including photocopying, without permission in writing from the publisher. All inquiries should be addressed to Reference Department, Random House, Inc., 201 E. 50th St., New York, NY 10022. Published in the United States by Random House, Inc., New York, and simultaneously in Canada by Random House of Canada Limited, Toronto.

Random House Living Dictionary Project is a trademark of Random House, Inc.

Library of Congress Cataloging-in-Publication Data

Random House Webster's college dictionary.
  p.    cm.
  ISBN 0-679-40110-5; ISBN 0-679-40100-8
  1. English language—Dictionaries.
  PE1628.W55185   1990      423—dc20      90-21963

A number of entered words which we have reason to believe constitute trademarks have been designated as such. However, no attempt has been made to designate as trademarks or service marks all words or terms in which proprietary rights might exist. The inclusion, exclusion, or definition of a word or term is not intended to affect, or to express a judgment on, the validity or legal status of the word or term as a trademark, service mark, or other proprietary term.

International Phonetic Alphabet, courtesy International Phonetic Association

Random House Publications are available at special discounts for corporate use, in bulk purchases of 100 copies or more for promotions or premiums. Special editions, including personalized covers and corporate imprints, can be created in large quantities for special needs. For more information, write to the Director of Special Markets, Random House, Inc., 201 E. 50th Street, New York, N.Y. 10022.

Manufactured in the United States of America

r.o/sr

GN 292949

lower parts of a staircase railing at a landing. 4. the act of ramping. 5. a. BOARDING RAMP. b. APRON (def. 3). —v.i. 6. to rise or rear with arms or forelegs raised as if to spring. 7. (of a lion or other large quadruped represented on a coat of arms) to rise or stand on the hind legs. 8. to leap or dash with fury. 9. to act violently; rage; storm: *to ramp and rage.* —v.t. 10. to provide with a ramp. [1350–1400; (v.) ME < OF *ramper* to creep, crawl, climb, prob. < Gmc (cf. OHG *rimpfan* to bend, wrinkle, MD *ramp* cramp); (n.) < F *rampe,* der. of *ramper*] —ramp′ing•ly, adv.

ramp[2] (ramp), n. Usu., ramps. a wild onion, *Allium tricoccum,* of the amaryllis family, of E North America, having flat leaves and rounded clusters of whitish flowers. [1530–40; back formation from *ramps* ramson, var. (with intrusive p) of *rams,* earlier *rammys,* orig. the sing. of RAMSON]

ram•page (ram′pāj; v. also ram pāj′), n., v., -paged, -pag•ing. —n. 1. an eruption of violently uncontrolled, reckless, or destructive behavior. —v.i. 2. to rush or behave furiously or violently; storm; rage. [1705–15; orig. Scots; obscurely akin to RAMP[1]] —ram•pag′er, n.

ram•pa•geous (ram pā′jəs), adj. violent; unruly; boisterous. [1815–25] —ram•pa′geous•ly, adv. —ram•pa′geous•ness, n.

ramp•ant (ram′pənt), adj. 1. prevailing or unchecked; widespread; rife: *a rampant rumor.* 2. growing luxuriantly, as weeds. 3. violent in action or spirit; raging; furious. 4. (of an animal) standing on the hind legs; ramping. 5. (of a heraldic animal) a. having the body upraised on the left hind leg, the head in profile, and one foreleg above the other. b. rearing in profile upon the hind legs with the forelegs extended. 6. (of an arch or vault) springing at one side from one level of support and resting at the other on a higher level. [1350–1400; ME < OF, prp. of *ramper;* see RAMP[1]] —ramp′an•cy, n. —ramp′ant•ly, adv.

ram•part (ram′pärt, -pərt), n., v., -part•ed, -part•ing. —n. 1. a. a mound of earth, rubble, or similar material raised around a place as a fortification. b. such a fortification together with a stone or earth parapet capping it. See diag. at BASTION. 2. anything serving as a bulwark or defense. —v.t. 3. to furnish with or as if with a rampart. [1575–85; < MF, der. of *remparer* = *re-* RE- + *emparer* to take possession of < Oc *amparar* << L *ante-* ANTE- + *parāre* to PREPARE]

ram•pike (ram′pīk′), n. *Chiefly Canadian.* the upright, skeletal remains of a tree killed by fire. [1830–40; orig. uncert.]

ram•pi•on (ram′pē ən), n. a European bellflower, *Campanula rapunculus,* having an edible white tuberous root used in salad. [1565–75; prob. alter. of MF *raiponce* < It *rap(er)onzolo,* of uncert. orig.]

ram•rod (ram′rod′), n., v., -rod•ded, -rod•ding. —n. 1. a rod for ramming down the charge of a muzzleloading firearm. 2. a cleaning rod for the barrel of a firearm. 3. a rigid, strict disciplinarian. 4. a boss. —v.t. 5. to exert discipline and authority on. 6. to direct or oversee. 7. to accomplish by force. 8. to strike with or as if with a ramrod. [1750–60]

Ram•say (ram′zē), n. 1. Allan, 1686–1758, Scottish poet. 2. George, DALHOUSIE, George Ramsay, Earl of. 3. James Andrew Broun, DALHOUSIE, James Andrew Broun Ramsay, 1st Marquis and 10th Earl of. 4. Sir William, 1852–1916, English chemist.

Ram•ses (ram′sēz) also Rameses, n. 1. the name of several kings of ancient Egypt. 2. Ramses II, king of ancient Egypt 1292–1225 B.C. 3. Ramses III, king of ancient Egypt 1198–1167 B.C.

Rams•gate (ramz′gāt′; *Brit.* -git), n. a seaport in NE Kent, in SE England. 39,482.

ram•shack•le (ram′shak′əl), adj. loosely made or held together; rickety; shaky: *a ramshackle house.* [1815–25; cf. earlier *rans(h)ackled,* obscurely akin to RANSACK] —ram′shack′le•ness, n.

ram•son (ram′zən, -sən), n. Usu., ramsons. a garlic, *Allium ursinum,* having broad leaves and a bulbous root used as a relish. [bef. 1000; ME *ramsyn* (orig. pl.; taken as sing.); OE *hramesan,* pl. of *hramsa* broadleafed garlic; c. Gk *krómmyon* onion]

ram•u•lose (ram′yə lōs′) also ram•u•lous (-ləs), adj. having many small branches. [1745–55; < L *rāmulōsus* = *rāmul(us)* little branch, twig (*rām(us)* branch + *-ulus* -ULE) + *-ōsus* -OSE[1]; see RAMUS]

ra•mus (rā′məs), n., pl. -mi (-mī). a small branch, as of a stem, vein, or bone. [1795–1805; < L *rāmus* branch, twig, bough; akin to *rādix* ROOT[1]]

ran (ran), v. pt. of RUN.

Ran•ca•gua (räng kä′gwä), n. a city in central Chile. 172,489.

ranch (ranch), n., v., ranched, ranch•ing. —n. 1. an establishment maintained for raising livestock under range conditions. 2. a farm or ranchlike enterprise that raises a single crop or animal: *a fruit ranch; a mink ranch.* 3. the persons working or living on a ranch. 4. RANCH HOUSE (def. 2). —v.i. 5. to own, manage, or work on a ranch. [1800–10, *Amer.;* < Sp *rancho* RANCHO] —ranch′less, adj. —ranch′like′, adj.

ranch•er (ran′chər), n. a person who owns or works on a ranch. [1830–40, *Amer.*]

ran•che•ro (ran châr′ō, rän-), n., pl. -che•ros. (in Spanish America and the southwestern U.S.) a rancher. [1820–30; < Sp, = *ranch(o)* RANCH + *-ero* < L *-ārius* -ARY]

ranch•ette (ran chet′), n. 1. a house on a parcel of land large enough to permit the maintenance of a horse or small farm animals, such as goats or sheep. 2. RANCH HOUSE (def. 2). [1955–60, *Amer.*]

ranch′ house′, n. 1. the house of the owner of a ranch, usu. of one story and with a low-pitched roof. 2. any one-story house of the same general form, esp. one built in the suburbs. [1860–65; *Amer.*]

Ran•chi (rän′chē), n. a city in S Bihar, in E India. 501,000.

ranch•man (ranch′mən), n., pl. -men. a rancher. [1855–60, *Amer.*]

ranch′ mink′, n. a semiaquatic mink, *Mustela vison,* raised commercially for its fur. [1950–55]

ran•cho (ran′chō, rän′-), n., pl. -chos. 1. a ranch. 2. a hut or collection of huts for herders, laborers, or travelers. [1800–10, *Amer.;* < AmerSp: small farm, camp (Sp: camp), n. der. of OSp *rancharse* to lodge, be billeted < MF (se) *ranger* to be arranged, be installed; see RANGE]

*Brit.,* ran′cour. [1175–1225; ME *rancour* < OF < LL *rancor* rancidness, L *ranc(ēre)* (see RANCID) + *-or* -OR[1]] —ran′cored; *esp. Brit.,* ran′coured, adj.

ran•cor•ous (rang′kər əs), adj. full of or showing rancor. [1580–90] —ran′cor•ous•ly, adv. —ran′cor•ous•ness, n.

rand (rand), n., pl. rand. the basic monetary unit of South Africa. See table at CURRENCY. [1960–65; < Afrik, after The RAND (Witwatersrand), major gold mining area]

Rand, The (rand), n. WITWATERSRAND.

R&B or r&b or R and B, rhythm-and-blues.

R&D or R and D, research and development.

Rand•ers (rä′nərz, -nərs), n. a seaport in E Jutland, in Denmark. 61,155.

R. & I., 1. king and emperor. [< L *Rēx et Imperātor*] 2. queen and empress. [< L *Rēgina et Imperātrix*]

Ran•dolph (ran′dolf, -dəlf), n. 1. A(sa) Philip, 1889–1979, U.S. labor leader. 2. John, 1773–1833, U.S. statesman and author.

ran•dom (ran′dəm), adj. 1. occurring or done without definite aim, reason, or pattern: *random examples.* 2. Statistics. of or characterizing a process of selection in which each item of a set has an equal probability of being chosen. 3. Building Trades. a. (of building materials) lacking uniformity of dimensions: *random shingles.* b. (of ashlar) laid without continuous courses. c. constructed or applied without regularity: *random bond.* —adv. 4. Building Trades. without uniformity: *random-slate slates.* —Idiom. 5. at random, without regard to rules, schedules, etc.; haphazardly. [1275–1325; ME *raundon, random* < OF *randon, der.* of *randir* to gallop < Gmc] —ran′dom•ly, adv. —ran′dom•ness, n.

ran′dom ac′cess, n. a feature of a videodisc or compact disc player that allows the user to select and replay any portion without starting at the beginning. [1950–55]

ran′dom-ac′cess, adj. designating an electronic storage medium that allows information to be stored and retrieved in arbitrary sequence.

ran′dom-ac′cess mem′ory, n. See RAM.

ran•dom•ize (ran′də mīz′), v.t. -ized, -iz•ing. to arrange, select, or distribute in a random manner. [1925–30] —ran′dom•i•za′tion, n. —ran′dom•iz′er, n.

ran′dom num′ber, n. a number chosen by a random sampling, as from a table (ran′dom num′ber ta′ble) or generated by a computer. —v.t. 13. [1925–30]

ran′dom sam′pling, n. a method of selecting a sample (ran′dom sam′ple) from a statistical population in such a way that every possible sample that could be selected has a predetermined probability of being selected. [1895–1900]

ran′dom var′iable, n. a statistical quantity that can take any of the values of a specified set in accordance with an associated probability distribution. Also called variate. [1935–40]

ran′dom walk′, n. the path of a point or quantity that moves or changes in a stepwise manner, where the direction of each step is statistically random. [1900–05]

R and R or R&R, 1. rest and recreation. 2. rest and recuperation. 3. rest and relaxation. 4. rock and roll.

rand•y (ran′dē), adj., rand•i•er, rand•i•est. 1. sexually aroused; lustful. 2. *Chiefly Scot.* rude and aggressive. [1690–1700; *rand* (obs. var. of RANT) + *-Y*[1]] —rand′i•ness, n.

ra•nee (rä′nē, rä nē′), n. RANI.

rang (rang), v. pt. of RING[2].

range (rānj), n., adj., v., ranged, rang•ing. —n. 1. the extent to which or the limits between which variation is possible: *the range of steel prices.* 2. the extent or scope of something: *one's range of vision.* 3. the distance to which a projectile may be sent by a weapon. 4. the distance of the target from the weapon. 5. an area equipped with targets for practice in shooting: *a rifle range.* 6. an area used for flight-testing missiles. 7. the distance of something from the point of operation, as in sound ranging. 8. the distance that can be covered by an aircraft, ship, etc., carrying a normal load without refueling. 9. the difference between the largest and smallest values in a statistical distribution. 10. a continuous course of masonry of the same height from end to end. 11. a. the horizontal direction or extension of a survey line established by two or more marked points. b. one of a series of divisions of tracts of public land numbered east and west from the principal meridian of a survey and consisting of a tier of townships. 12. (in navigation) a line established by markers or lights on shore for the location of soundings. 13. a rank, class, or order. 14. a row, line, or series; as of persons or things. 15. the act of moving around, as over an area or region. 16. Also called rangeland. an area or tract that is or may be ranged over; esp. an open region for the grazing of livestock. 17. the region over which a population or species is distributed: *the range of the Baltimore oriole.* 18. Math. the set of all values attained by a given function throughout its domain. 19. a chain of mountains forming a single system: *the Cascade Range.* 20. a large cooking stove having burners on the top surface and containing one or more ovens. —adj. 21. working or grazing on a range. —v.t. 22. to draw up or arrange (persons or things) in rows or lines or in a specific position. 23. to place in a particular class; classify. 24. to make straight, level, or even, as lines of type. 25. to pass over or through (an area or region), as in exploring or searching. 26. to pasture (cattle) on a range. 27. to direct or train, as a telescope. 28. to ascertain the distance of. 29. to lay out (an anchor cable) so that the anchor may descend smoothly. —v.i. 30. to vary within certain limits: *Prices range from $20 to $50.* 31. to extend within extreme points of a scale: *emotions ranging from smugness to despair.* 32. to move around or through a region, as people or animals. 33. to roam or wander, falls ranging over a variety of subjects. 34. to extend in a certain direction: *a boundary ranging from east and west.* 35. to lie or extend in the same

definite limits; within the the idea of freedom from granted latitude of action; limit: *the scope of one's own*

range′ find′er or rang determining the distance sighting a gun or adjusting range•land (rānj′land′), n.

Range′ley Lakes′ (rānj) rang•er (rān′jər), n. 1. guards who patrol a region making surprise raids on ranges or roves. 5. (esp. a keeper of a royal forest.

Ran•goon (rang gōōn′), n. rang•y′ (rān′jē), adj., ra slender and long-limbed. 3. (of terrain) mountainous ra•ni or ra•nee (rä′nē, rä jah. 2. a title of female i Hindi *rāni;* cf. Skt *rājñī* qu

ran•id (ran′id, rā′nid), ad Ranidae, characterized by —n. 2. [FROG[1] (def. 2). [ *rāna* frog) + *-idae* -ID[2]]

rank[1] (rangk), n., v., ran tion or standing, as in the sition or station: *a person writer of the first rank.* A players arranged in rank class, as in a social hierarchy service; apart from its ordinary personnel as a group. 7 tion apart from the office a line of persons, esp. i tion (disting. from *file*). chessboard. 11. a set of 12. Mining. the classifica to anthracite. —v.t. 13. to assign to a particular perts. 15. to outrank or occupy a place in a r *the other students.* 18. rank. —Idiom. 20. b military formation. b. t cal party, or the like. [1 line <Gmc, akin to RIN

rank[2] (rangk), adj., -er orous and tall of growth gar. 3. utter; absolute moral sense; disgusting [bef. 1000; ME; OE *hr* —rank′ish, adj. —ran

rank′ and file′, n. 1 apart from its leaders —rank′-and-file′, adj.

Ran•ke (räng′kə), n. L rank•er (rang′kər), n. ranks; or a commissioned Ran•kin′ (rang′kin), 1 leader; and pacifist: fi 1941–43.

Ran•kine (rang′kin), (Ran′kine scale′) in Fahrenheit scale and [1920–25; after William rank•ing (rang′king), *ranking diplomat.* 2. of a specific rank (of —n. 4. an act or insta such standing. [1860 ran•kle (rang′kəl), v. etc.) to continue to ir cause (a person) kee *rancler* < MF *rancle draoncle* a sore < L pent; see DRAGON, CAN

ran•sack (ran′sak), vigorously through (a plunder; pillage. [12 amine; (for evidence *soekja* to SEEK)] —ra

ran•som (ran′səm), a prisoner, kidnapped manded for such rec for sin, or the mean —v.t. 4. to redeem manded price. 5. to 1200; ME *ransoun,* < REDEMPTION] —ran′s

Ran•som (ran′səm) teacher.

rant (rant), v., rant

GN 292953