**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| NORTHEASTERN UNIVERSITY, ET AL | § | |
| | § | |
| VS. | § | 2:07-CV-486 (CE) |
| | § | |
| GOOGLE, INC. | § | |

**Telephonic Hearing Minutes re Deposition Dispute
May 25, 2010**

**OPEN: 2:20 p.m.**                                                                 **ADJOURN: 2:51 p.m.**

ATTORNEY FOR PLAINTIFFS:            Michael Valek

ATTORNEY FOR DEFENDANT:            Shelly Mack

ATTORNEY FOR DEPONENT:            Daniel Cloherty

LAW CLERK:            Jim Warriner

COURTROOM DEPUTY:            Jan Lockhart

COURT REPORTER:            Shelly Holmes, CSR

2:20 p.m. Court opened.  The attorneys announced ready.

The Court heard argument with respect to the plaintiff's dispute with Google regarding the deposition of a former employee of Plaintiff. Mr. Valek presented argument on behalf of Plaintiff. Mr. Cloherty presented argument on behalf of the deponent.  Ms. Mack presented argument on behalf of Google.

2:39 p.m.  Court recess.

2:50 p.m.  Court contacted the parties and made rulings.

2:51 p.m.  Court adjourned.